Angela
VanZANDT Case

LIST OF DEFENDANTS

HBO (Home Box Office)

Churchill Downs

National Thoroughbred Racing Association

Equisponse

David Milch

Gary Stevens

Angie Stevens

Ann Blanchard

Kelly Wietsma

DOES 1-100, inclusive

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2014

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

4:14cv653-JM

This case assigned to District Judge Moody
and to Magistrate Judge Deere

Angela Ann VanZandt
2805 Millbrook Road
Little Rock, Ar. 72227
501-227-4466 home
501-951-5165 cell

11-5-14

Angela VanZandt
2805 Millbrook Road
Little Rock, Arkansas 72227
501- 227- 4466   home
November 3, 2014
501- 951 -5165  cell

Office of the Clerk
U.S. District Court
Eastern District of Arkansas
600 West Capitol Avenue
Room A149
Little Rock, Arkansas 72201

To Whom It May Concern:

I am the creator and writer of LUCK, a TV series on HBO, and also did much of the development work for the show.  My intellectual property was stolen.  I did the initial development work for the series, used by others for their gain.

Two scripts were stolen and combined.  They are *Hacienda Cartel* and *Thoroughbreds*.  One of the defendants, David Milch, also has possession of a third property of mine, *The Pig Trail*, which needs further protection, as it is currently in development.

I hired an attorney in Los Angeles, Justin Sterling, to represent me in writing a draft letter.  Due to the astronomical costs involved for each of us, we were not able to file in Federal court.

Since then, I have lost my job due to budget cuts and had to retire early, way before I needed to retire.  My monthly income is very low, my retirement check being $738.28, and another source of income varying around a $300 or $400 average, so my monthly income is around $1000 - $1100.  I do not own a home.

I am also the caregiver of my 88 - year - old mother, who has diabetes and dementia. I have to check her blood sugar 4 times per day and give her at least 3 shots per day.

The chief council for HBO admitted liability to my attorney on the phone.  Three very low offers were made.  The last offer was only $13,000 with a clause that I would have to pay them $5000 each time I told anyone.  I turned down the low offer.

I am fighting for every writer in the United States to be treated fairly by the Hollywood system.  If a person has talent and their net worth is low, they are in a vulnerable position.  That is why I am humbly asking the court for a court appointed attorney and for the filing fee and fees to serve the papers to be absorbed by the Federal Court.  I am in hardship at this time, and also have health issues.

I am enclosing a draft letter my attorney sent to the defendants, which will further explain what was done to me.  I am also enclosing their offer, my assessment and timeline, copies of my copyrights, and my narrative.  I am also enclosing a copy of my retirement check.

If the culture and economy of this country depends on the Intellectual Property of its citizens, I think it should be my duty to expose what is going on in this industry.  There is a culture of theft, where the elite are preying on the struggling artists of this nation.  This would be a landmark case.

The said production has been in several lawsuits already, and was forced by law to close down the production.

I have worked very hard for 20 years as a screenwriter trying to make it, only to have my work stolen.  I am 62 years old and have written over a dozen screenplays, 2 teleplays, one stage play, and many books.

I am hereby stating I would like to file an Intellectual Property case in U.S. District Court, Eastern District of Arkansas.  The defendants are outlined in the draft letter, which includes HBO, David Milch, and others.   HBO is in New York, David Milch is in California, and others are in Kentucky.   I cannot travel to other places due to the cost and due to the fact that it would be a hardship on my elderly and disabled mother.  Since I am the plaintiff, I would like for the defendants to travel to our court here, as I did not ask to be put in this position.

Respectfully Submitted,

Angela VanZandt

# THE STERLING FIRM,
## A PROFESSIONAL LAW CORPORATION
8560 WEST SUNSET BOULEVARD, SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
TEL: (310) 498-2750
FAX: (310) 734-7102

January XX, 2014

Home Box Office, Inc.
1100 Avenue of the Americas
Room H13-16
New York, NY 10036

RE:  Infringement on Angela VanZandt's work entitled *Thoroughbreds* and *Hacienda Cartel* by the production of *Luck* aired on HBO

Dear Home Box Office, Inc.:

This Firm has been retained by Ms. Angela VanZandt in regards to the issues involving her works entitled *Thoroughbreds* and *Hacienda Cartel*, of which this Firm is informed has been infringed upon by the production of *Luck* which was aired on HBO.  The purpose of this letter is to open an amicable dialogue between the parties in order to resolve any disputes and confusions without the need for costly litigation.  All parties will benefit, both in monetary cost savings and in valuable time, by attempting to come to a mutual understanding and avoiding any conflicts over any possible liability and infringement on Ms. VanZandt's works.

Ms. VanZandt is a humble screenwriter who cares deeply about her works.  She is an author, creator, and producer striving to be successful in the Hollywood landscape despite competing against big names and players with more resources.  She created both *Thoroughbreds* and *Hacienda Cartel*, attempting to have the works developed and produced into a successful series.  However, it has come to Ms. VanZandt's attention that her ideas and concepts have been stolen and her works infringed upon by the HBO series *Luck*.  She has not been compensated nor has she been credited.  Attached hereto as Exhibit A is a Draft of Complaint that Ms. VanZandt intends to pursue if this matter cannot be amicably resolved without the need for litigation.  Ms. VanZandt's allegations are more fully explained within the Draft of Complaint.

Ms. VanZandt is taking her best efforts to resolve this matter without the assistance of the Court.  Ms. VanZandt is open to other considerations, such as being granted credit as creator, writer, and part producer for *Luck*, as she was the contributor to the initial development of the project.  Ms. VanZandt is also open to HBO's consideration of her for other opportunities to serve on other projects.  She has additional scripts that may be submitted for consideration upon her granting of permission.  This letter shall also serve as a cease and desist from using Ms. VanZandt's works without her permission.

The Sterling Firm, A Professional Law Corporation
November 3, 2013
Correspondence Re: Angela VanZandt
Page 2 of 2

To reiterate, this letter is not intended to be interpreted as a source of litigation. Rather, it is Ms. VanZandt's intention to open a dialogue between the interested parties to resolve this matter without the need for litigation. If this is not the case, she is prepared to go forward, as shown by the attached Draft of Complaint.

Ideally, Ms. Endres simply wishes to negotiate a settlement without filing a lawsuit. Please understand that Ms. VanZandt wants to settle this dispute amicably and seeks to cooperate with the interested parties. Ms. VanZandt wants what is best not only for herself but also for the other parties involved by resolving this matter without the involvement of the court. Above all, Ms. VanZandt wants to reach a mutual agreement that benefits everyone involved without unnecessary and costly litigation.

Please contact this office at phone number (310) 498-2750 to discuss. If this office does not hear from you within a reasonable time, Ms. VanZandt will be left with no other options but to involve the court in order to resolve this matter, which will be an expense to all parties.

Thank you,
THE STERLING FIRM, A PROFESSIONAL LAW CORPORATION

Justin Sterling, Esq.

Attachment as stated.

# EXHIBIT A

1  Justin Sterling, Esq. (SBN: 290642)
2  **THE STERLING FIRM, APLC**
   8650 West Sunset Blvd., Suite 500
3  West Hollywood, California 90069
   Telephone:   (310) 498-2750
4  Facsimile:   (310) 734-7102
5  Attorney for *Plaintiff*,
   **Angela VanZandt**

6

7                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                     **FOR THE COUNTY OF LOS ANGELES**

9

10  ANGELA VAN ZANDT,                      )  CASE NO.
                                           )
11           Plaintiff,                    )  **PLAINTIFF'S COMPLAINT FOR**
                                           )  **DAMAGES**
12                                         )
13       vs.                               )  **(1)  INTENTIONAL INFLICTION OF**
                                           )       **EMOTIONAL DISTRESS**
14                                         )  **(2)  NEGLIGENT INFLICTION OF**
                                           )       **EMOTIONAL DISTRESS**
15  HOME BOX OFFICE, INC., a corporation   )  **(3)  MISAPPROPRIATION OF IDEAS**
    also known as HBO; CHURCHILL DOWNS,    )       **AND BREACH OF IMPLIED-IN-**
16  a business entity form unknown; NATIONAL )     **FACT CONTRACT**
17  THOROUGHBRED RACING                    )  **(4)  BREACH OF CONFIDENCE**
    ASSOCIATION, a business entity form    )  **(5)  FRAUD AND INTENTIONAL**
18  unknown; EQUISPONSE, a business entity )       **DECEIT (CALIFORNIA CIVIL**
    form unknown; DAVID FLORES, an        )       **CODE SECTION 1709)**
19  individual; GARY STEVENS, an individual; )  **(6)  UNFAIR COMPETITION**
    ANGIE STEVENS, an individual; ANN      )       **(CALIFORNIA BUSINESS AND**
20  BLANCHARD, an individual; KELLY        )       **PROFESSIONS CODE SECTION**
21  WIETSMA, an individual; and DOES 1     )       **17200)**
    through 50 inclusive,                  )  **(7)  NEGLIGENT**
22                                         )       **MISREPRESENTATION**
23           Defendants.                   )  **(8)  CONSTRUCTIVE FRAUD**
                                           )  **(9)  CONVERSION**
24                                         )  **(10) QUANTUM MERUIT**
25                                         )  **(11) COPYRIGHT INFRINGEMENT**
                                           )  **(12) CONSPIRACY TO DEFRAUD**
26                                         )
27                                         )  **JURY TRIAL DEMANDED**
                                           )
28                                         )  **UNLIMITED CIVIL ACTION**
                                           )  **[Amount in Controversy Exceeds**
29                                         )  **$25,000.00]**
30  _____  )

                                         1
                        PLAINTIFF'S COMPLAINT FOR DAMAGES

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

1    **COME NOW** PLAINTIFF, ANGELA VANZANDT, for causes of action

2    against Defendants, and each of them, and alleges as follows:

3    **I.**

4    **GENERAL ALLEGATIONS**

5    **(AGAINST ALL DEFENDANTS)**

6    **Jurisdiction and Venue**

7    1.    This Court has jurisdiction over this matter pursuant to California Code of Civil

8    Procedure section 410.10.

9    2.    Venue is proper in this Court pursuant to California Code of Civil Procedure

10   section 395 because the wrongful acts that give rise to these claims occurred in this district and

11   because Defendants or their agents reside or may be found here.

12   3.    The Court has personal jurisdiction over these Defendants because they reside in

13   this district and/or conduct and solicit business in this district personally or through their agents.

14   A substantial part of the events giving rise to Plaintiff's claims occurred in this district.

15   Therefore, this Court has personal jurisdiction over each Defendant.

16   **General Allegations**

17   4.    Plaintiff ANGELA VANZANDT (hereinafter referred to as "Plaintiff"), creates

18   and develops screenplays for compensation and is also a film producer.

19   5.    Among others, Plaintiff wrote the scripts which form the basis of this matter,

20   *Thoroughbreds* (a television series script), the business plan for *Thoroughbreds*, and *Hacienda*

21   *Cartel* (a feature film script), (hereinafter collectively referred to as "the Works").

22   6.    On or about May 24, 2005, Plaintiff caused *Hacienda Cartel* to be copyrighted

23   with the United States Library of Congress.

24   7.    On or about February 6, 2006, Plaintiff caused *Thoroughbreds* to be copyrighted

25   with the United States Library of Congress.

26   8.    Generally, the Works were written to be a television series (*Thoroughbreds*) or

27   feature film (*Hacienda Cartel*), about the cartel culture of cocaine, the use of race horses, the

28   emotional relationship with the horses, corruption, and mob/mafia/cartel killings.

29   9.    Plaintiff exchanged numerous emails and telephone correspondence with the

30   Defendants concerning the scripts and concepts for a television series (*Thoroughbreds*) or a

THE STERLING FIRM, APLC.
8560 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

2

feature film (*Hacienda Cartel*), for which she received interest but no commitments to producing the Works. According to industry standards, it was Plaintiff's understanding that such correspondences were to be confidential.

10.     At or about December 18, 2006, the Works were forwarded to Defendant David Milch, a known writer and producer of television series. A third work, a feature script called *The Pig Trail*, was also sent, as requested by Defendant David Milch.

11.     At or about February 7, 2006, the Works were forwarded to Defendant Equisponse, by way of Defendant Equisponse's agent, servant, and/or employee Defendant Kelly Wietsma. Defendant Equisponse is a marketing and public relations firm in Thoroughbred racing. The Works were forwarded to Defendant Equisponse per request of Defendant Gary Stevens. Defendant Equisponse and Defendant Kelly Wietsma pitched the project to interested parties. On February 15, 2006, Defendant Gary Stevens was mailed a hard copy of the script.

12.     At or about February 2006, Defendant Gary Stevens was attached to the project via Defendant Gary Stevens' verbal agreement to participate in Plaintiff's project. Defendant Gary Stevens is a Thoroughbred horse racing jockey, actor, and television personality. Defendant Gary Stevens' wife, Defendant Angie Stevens, served as his manager.

13.     At or about February 2006, Defendant Ann Blanchard, who worked as an agent at William Morris Agency, was sent the Works and the Business Plan for the television series, but turned down the project, yet told Plaintiff to contact her in the event she got a green light from Defendant Churchill Downs. Defendant Ann Blanchard had also read the feature film script *Hacienda Cartel* previously, and voiced her praise of that script.

14.     At or about February 7, 2006, an in-person meeting was held with executives at Defendant Churchill Downs with a participant in Plaintiff's project. Also, around this time the Works were sent to Defendant Churchill Downs, which is a Thoroughbred racetrack most famous for hosting the Kentucky Derby annually. At or about February 21, 2006, Defendant Churchill Downs also turned down the project despite showing interest.

15.     At or about February 21, 2006, after reading the Works, Defendant Angie Stevens alleged that she had a script similar to the Works, entitled *The Paddock*. Defendant Angie Stevens threatened that Defendant Gary Stevens' name cannot be associated with the

3

THE STERLING FIRM, APLC.
9650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

1   project.  Defendant Angie Stevens called Plaintiff on the phone that day and sent an email in

2   this regard.

3         16.    It is no coincidence that Defendant Angie Stevens allegedly came up with an

4   idea for a television program with main characters, underlying contentions, and the ongoing

5   plotlines the same as those created and developed by Plaintiff in the Works.

6         17.    At or about March or April 2006, the Works were sent to Defendant National

7   Thoroughbred Racing Association, which is a broad-based coalition of horse racing interests

8   consisting of leading thoroughbred racetracks, owners, breeders, trainers and affiliated horse

9   racing associations.  Defendant National Thoroughbred Racing Association turned down the

10  project.  At or about March 14, 2006, a participant in Plaintiff's project met in person with an

11  executive for Defendant National Thoroughbred Racing Association in New York City to pitch

12  the project.

13        18.    On or about December 11, 2011, Defendant Home Box Office, Inc. premieres

14  the television series entitled *Luck*, which is substantially similar to the Works.  Defendants

15  collectively supported, sponsored, and/or were involved in the production of *Luck* with

16  knowledge of the substantial similarity to the Works, plus knowledge of substantial

17  development efforts by Plaintiff.

18        19.    After *Luck* aired, a participant in Plaintiff's project talks to Defendant Gary

19  Stevens and he admits Defendant Angie Stevens stole the project and apologized to the

20  participant, fully admitting his guilt.

21        20.    Prior to Plaintiff submitting the works to Defendants there were no similar shows

22  in production or on air.  None of the Defendants were engaged in the type of programming that

23  Plaintiff proposed prior to being presented with the Works.

24        21.    Defendants were aware that Plaintiff was the author, creator, and producer of the

25  Works.

26        22.    Plaintiff presented the Works to Defendants consisted with well-established

27  customs and practices of the entertainment industry and on the mutually understood condition

28  and bilateral expectation that Defendants would not disclose, use, and/or exploit the Works or

29  concepts without Plaintiff's permission and/or without compensating Plaintiff in the form of

30  payments, credit, and other consideration.

THE STERLING FIRM, APLC.
9550 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

4

23.     It is no coincidence that all of the elements and main characters of *Luck* are found in the Works.

24.     Defendants and/or a John Doe Defendant, breached the duty of confidentiality owed to Plaintiff and disclosed the concepts within the Works for the television series to Defendant Home Box Office, Inc.

25.     Defendant Home Box Office, Inc.'s television program *Luck* includes the storyline for the series, the characters identified by Plaintiff, as well as the particular quirks and attributes of the characters, all as depicted within the Works.

26.     Plaintiff at all times retained all the rights to control the Works and the concepts, including but not limited to approval of the sale of the Works and the concepts, changes, derivative works, and distribution. At no point did Plaintiff assign rights in the Works to any Defendants.  At most, an agency relationship existed between Plaintiff and Defendants as established by the facts alleged herein.

27.     Because Defendants stole Plaintiff's script and story concepts, bringing the fruits of her labor to market, without any acknowledgement or compensation to Plaintiff, she has suffered severe emotional trauma. These events caused her to suffer from epilepsy and suffer seizures that put her life at risk.  Because of Defendants' actions, Plaintiff has suffered personal injury including without limitation, epileptic seizures and financial hardship in the form of medical bills and expenses resulting in additional stress.

28.     The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants named in this action as Does 1 through 100, inclusive, and each of them, are unknown to Plaintiff, who therefore sues such defendants, and each of them, by such fictitious names. Plaintiff will seek leave to amend this Complaint to show their true names and capacities when they have been ascertained.

29.     Plaintiff is informed and believes and thereon alleges that at all times relevant herein, each defendant was, and now is, the agent, servant, employee, joint venturer, guarantor, *alter ego*, and/or representative of each of the other defendants herein. In doing the things hereinafter alleged, each of the defendants was acting in the course and scope of their authority as such agents, servants, joint venturers, employees, and representatives, and with the permission and consent of their co-defendants and each of them.

PLAINTIFF'S COMPLAINT FOR DAMAGES

1    30.    Plaintiff is informed and believes and thereon alleges that each of the

2  Defendants, including but not limited to each designated herein as a Doe Defendant, are

3  consciously, willfully, intentionally, knowingly, recklessly, or is otherwise tortiously or legally

4  responsible in some manner for the events and happenings referred to herein and consciously,

5  willfully, intentionally, knowingly, recklessly or otherwise tortiously caused the injuries and/or

6  damages proximately thereby to Plaintiff, as hereinafter alleged, either through each said

7  defendants' own conduct, or through the conduct of each of their agents, servants,

8  representatives, *alter egos*, and/or employees.

9    31.    Plaintiff alleges that each of the Defendants, including but not limited to each

10  designated herein as a Doe Defendant, are responsible in some capacity for the events and

11  happenings alleged herein, and/or are necessary parties for obtaining appropriate relief.

12  References to "Defendants" shall refer to all Defendants and each of them, unless otherwise

13  stated.

14                                    II.

15                        CAUSES OF ACTION

16                      FIRST CAUSE OF ACTION

17         INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18                       (AGAINST ALL DEFENDANTS)

19    32.    Plaintiff re-alleges and incorporates by reference the allegations set forth above.

20    33.    Defendants' stole Plaintiff's script and story concepts, made a television

21  program based on Plaintiff's work,  as creator, writer, and producer of the project, complete

22  with a full business plan and proposal, and have subsequently denied all knowledge of

23  Plaintiff's original works and refused to provide attribution or compensation. Such conduct

24  exceeds the bounds of common decency and consequently is outrageous.

25    34.    Not only is the behavior outrageous, but stealing one's work and converting it to

26  another's use and benefit without acknowledgment or compensation is patently unreasonable.

27    35.    Given the relative positions of the Defendants, industry powerhouse status,

28  combined with Defendants' clout with major studios, versus Plaintiff's status as a writer with

29  few resources at her disposal, the theft of Plaintiff's work is a clear abuse of power. Defendants

30  expressed interest initially, using industry position to entice Plaintiff into divulging further plot

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

PLAINTIFF'S COMPLAINT FOR DAMAGES

and development points, and then discarded her with rejection keeping her works for further production. Plaintiff clearly orchestrated the star and the sponsors for the series. Even part of the business plan by the Plaintiff was written in as a character in the *Luck* series.

36.   Defendants' acted with reckless disregard for the consequences of their actions and such consequences were substantially certain to result from their and taking advantage of Plaintiff. In fact, the actions of Defendants were taken in reliance on Plaintiff's lack of status and power in the entertainment industry and the likelihood that she would never take any action in response to their wrongdoings.

37.   Because Defendants stole Plaintiff's script and story concepts, bringing the fruits of her labor to market, without any acknowledgement or compensation to Plaintiff, she has suffered severe emotional trauma These events caused her to suffer from epilepsy and suffer seizures that put her life at risk. Because of Defendants' actions, Plaintiff has suffered personal injury including without limitation, epileptic seizures and financial hardship in the form of medical bills and expenses resulting in additional stress.

38.   As a direct result of Defendant's refusal to acknowledge and recognize Plaintiff as the true creator, writer, and producer of the television series entitled *Luck*, Plaintiff has suffered personal injury including without limitation, anxiety, sleeplessness, and financial hardship, resulting in additional stress.

39.   Consequently, Plaintiff is entitled to compensatory and punitive damages. Plaintiff has no adequate legal remedy for this scheme of fraud in that damages are inadequate to remedy Plaintiff's loss of recognition and notoriety.

40.   In doing the acts alleged above, Defendants acted with reckless disregard such that Plaintiff is entitled to all damages available under California law as well as punitive damages against each of the said Defendants in an amount to be determined by proof at trial.

## SECOND CAUSE OF ACTION

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

## (AGAINST ALL DEFENDANTS)

41.   Plaintiffs re-alleges and incorporates by reference the allegations set forth above.

42.   By virtue of the principle/agent relationship as defined by California Law, Defendants had a duty to act in the best interests of and on behalf of Plaintiff. This duty was

7

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

1    owed directly to Plaintiff, the victim of their theft.

2          43.    Acting in such an agent capacity, Defendants asserted an interest in Plaintiff's

3    scripts and project but did nonetheless turned down the project due to financial reasons. This

4    was untrue as *Luck* contained the material elements of the Works and went into development

5    and production.

6          44.    Defendants breached their duty to Plaintiff by claiming they could not support

7    the Works and its concepts.  Meanwhile, Defendant Angie Stevens claimed she had a similar

8    script and concepts and then *Luck* was developed which consisted of the material elements of

9    the Works, at about the same time she read Plaintiff's script via Defendant Angie Stevens' own

10   request.

11         45.    Plaintiff's reliance was reasonable based on Defendant's experience and stature

12   in the industry. In reliance on these representations, Plaintiff a writer with few resources

13   believing Defendants were not interested in her concepts and scripts, was induced to and did

14   stop seeking production of her script by Defendants.

15         46.    Because Defendants stole Plaintiff's script and story concepts and development

16   plans, bringing the fruits of her labor to market, without any acknowledgement or compensation

17   to Plaintiff, she has suffered severe emotional trauma. These events caused her to suffer from

18   epilepsy and suffer seizures that put her life at risk.  Because of Defendants' actions, Plaintiff

19   has suffered personal injury including without limitation, epileptic seizures and financial

20   hardship in the form of medical bills and expenses resulting in additional stress.

21         47.    As a direct result of Defendant Home Box Office, Inc.'s refusal to acknowledge

22   and recognize Plaintiff as the true creator of the television series entitled *Luck*, Plaintiff has

23   suffered personal injury including without limitation, anxiety, sleeplessness, and financial

24   hardship, resulting in additional stress.

25         48.    Consequently, Plaintiff is entitled to compensatory and punitive damages.

26   Plaintiff has no adequate legal remedy for this scheme of fraud in that damages are inadequate

27   to remedy Plaintiff's loss of recognition and notoriety.

28         49.    In doing the acts alleged above, Defendants acted with reckless disregard such

29   that Plaintiff is entitled to all damages available under California law as well as punitive

30   damages against each of the said Defendants in an amount to be determined by proof at trial.

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

8

**THIRD CAUSE OF ACTION**

**MISAPPROPRIATION OF IDEAS AND BREACH OF IMPLIED-IN-FACT**

**CONTRACT**

**(AGAINST ALL DEFENDANTS)**

50.   Plaintiff re-alleges and incorporates by reference the allegations set forth above.

51.   The ideas and concepts embodied in the Works were the result of Plaintiff's novel idea to create a story involving thoroughbred horses and the cartel and mafia culture surrounding the horses.

52.   After being invited to submit her story ideas, Plaintiff disclosed her scripts and discussed further story development to Defendants.

53.   The relationship between Plaintiff and Defendants constituted a legal principle/agency arrangement. Defendants were at all times aware that the author of the Works was to be compensated and thereby agreed to compensate Plaintiff.

54.   Consistent with industry standards, there was a bilateral understanding that Plaintiff would be compensated for use of her ideas and concepts.

55.   Defendants breached the agreement by disclosing Plaintiff's ideas and concepts and Defendant Home Box Office, Inc. developed and aired *Luck* which was substantially similar to the Works.

56.   Plaintiff has no adequate legal remedy for this breach of contract in that damages are inadequate to remedy Plaintiff's loss of reputation and recognition.

57.   As a result of Defendants' actions in breaching the contract, Plaintiff is entitled to equitable relief in the form of injunctive relief and full restitution and/or disgorgement of all revenues, earnings, profits, compensation and benefits which may have been obtained by Defendants as a result of such actions.

**FOURTH CAUSE OF ACTION**

**BREACH OF CONFIDENCE**

**(AGAINST DEFENDANTS DAVID MILCH AND ANN BLANCHARD, AND DOES 1**

**THROUGH 60)**

58.   Plaintiff re-alleges and incorporates by reference the allegations set forth above.

59.   Prior to Plaintiff's story submission, there were no television shows airing or in

9

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

1    development about the cartel culture of cocaine, the use of race horses, the emotional

2    relationship with the horses, corruption, and mob/mafia/cartel killings.

3        60.    Plaintiff approached Defendant Ann Blanchard in an attempt to retain Defendant

4    Ann Blanchard as Plaintiff's agent.  Plaintiff had a confidential and fiduciary relationship with

5    Defendant Ann Blanchard based on trust and confidence, which derived from Defendant Ann

6    Blanchard's and Plaintiff's professions (agent and writer respectively) plus Plaintiff's

7    submission of her scripts to Defendant Ann Blanchard and Defendant Ann Blanchard's

8    voluntary retention of Plaintiff's scripts, despite never entering into an official agent-principal

9    relationship with Plaintiff.

10        61.    Defendant Ann Blanchard was not authorized to disseminate Plaintiff's ideas

11    without permission, as is consistent with industry standards and it was mutually understood that

12    Defendant Ann Blanchard must keep Plaintiff's ideas and concepts confidential.

13        62.    Plaintiff is informed and believes, and on that basis alleges, that Defendant Ann

14    Blanchard violated and abused the trust and confidence of Plaintiff by promoting Plaintiff's

15    story concepts with Defendant David Milch and Defendant Home Box Office, Inc., or allowing

16    a third party John Doe to do so.

17        63.    As a result of Defendant Ann Blanchard's breach of confidence alleged above,

18    Defendant Ann Blanchard gained the advantage of earning substantial compensation and

19    recognition by promoting Defendant David Milch as a writer/creator of *Luck,* despite having

20    knowledge that the television series was substantially similar to the Works authored by Plaintiff.

21        64.    Plaintiff has no adequate legal remedy for this breach in that damages are

22    inadequate to remedy the breach of Plaintiff's trust and confidence.

23        65.    As a result of Defendant Ann Blanchard's breach of confidence, Plaintiff is

24    entitled to equitable relief in the form of injunctive relief and full restitution and/or

25    disgorgement of all revenues, earnings, profits, compensation and benefits which may have

26    been obtained by Defendant Ann Blanchard and Defendant David Milch as a result of such

27    actions.

28        66.    In doing the acts alleged above, Defendant Ann Blanchard acted with reckless

29    disregard and/or malicious intent in such that Plaintiff is entitled to all damages available under

30    California law as well as punitive damages.

THE STERLING FIRM, APLC.
8550 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

10

**FIFTH CAUSE OF ACTION**

**FRAUD AND INTENTIONAL DECEIT (CALIFORNIA CIVIL CODE SECTION 1709)**

**(AGAINST DEFENDANTS DAVID MILCH AND ANN BLANCHARD, AND DOES 1**

**THROUGH 60)**

67.   Plaintiff re-alleges and incorporates by reference the allegations set forth above.

68.   Plaintiff is informed and believes, and on that basis alleges, that Defendant Ann Blanchard made at least the following representation to Plaintiff: that Plaintiff's ideas and story concepts were not marketable and could not be developed.

69.   The representations were false, as evidenced by the immediate airing of the substantially similar *Luck* by Defendant Home Box Office, Inc.

70.   Plaintiff is informed and believes, and on that basis alleges, that Defendant Ann Blanchard made the decision that Defendants could in fact market Plaintiff's ideas and collect higher commissions if it were marketed through a well-known writer/creator, such as Defendant David Milch. By doing so, Defendant Ann Blanchard knew Defendants could sell the works for a higher price and profit more from the production of *Luck*.

71.   Plaintiff is informed and believes, and on that basis alleges, that at the time these representations were made to Plaintiff, Defendants knew them to be false and made these representations with the intention to induce Plaintiff to act in reliance on these representations and stop pursuing production of her scripts.

72.   Plaintiff's reliance on Defendants' representations that the Works could not be financed and that development and production were not available were justified because Defendants occupied positions of trust with regard to Plaintiff and Defendants possessed high stature within their respective industries.

73.   As a result of Defendants' fraudulent conduct alleged above, Defendants sought to gain the advantage of earning substantial compensation and additional notoriety through the production of *Luck*, all at Plaintiff's expense.

74.   Plaintiff has no adequate legal remedy for this scheme to defraud Plaintiff in that damages are inadequate to remedy Plaintiff's loss of recognition and notoriety.

75.   In doing the acts alleged above, Defendants acted with reckless disregard and/or malicious intent in such that Plaintiff is entitled to all damages available under California law as

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

11

1   well as punitive damages.

2   **SIXTH CAUSE OF ACTION**

3   **UNFAIR COMPETITION (CALIFORNIA BUSINESS AND PROFESSIONS CODE**

4   **SECTION 17200)**

5   **(AGAINST ALL DEFENDANTS)**

6       76.    Plaintiff re-alleges and incorporates by reference the allegations set forth above.

7       77.    Plaintiff is informed and believes, and on that basis alleges, that Defendants'

8   misappropriation of the concepts and ideas within the Works, as alleged herein, constitute

9   unlawful, unfair, or fraudulent business acts or practices in violation of California Business and

10   Professions Code section 17200 et seq.

11       78.    Defendants were presented the Works within the business of developing and/or

12   producing the Works in the field of entertainment. As a writer, Plaintiff disclosed her story ideas

13   and discussed concepts with Defendants for the sole purpose of sale and compensation. Plaintiff

14   presented her concepts to Defendants consistent with well established customs and practices of

15   the entertainment industry and on the mutually understood condition and bilateral expectation

16   that Defendants would not disclose, use and/or exploit the concepts without Plaintiff's

17   permission and/or without compensating Plaintiff in the form of payments, credit and other

18   consideration to Plaintiff.

19       79.    Defendants made the false misrepresentation of fact that the Works could not be

20   produced as a result of financial circumstances or otherwise. This was fraud, as shown by

21   Defendants collectively supporting, sponsoring, and/or being involved in the production of *Luck*

22   with knowledge of the substantial similarity to the Works.  Therefore, Defendants' actions

23   violate California Business and Professions Code section 17200 et seq.

24       80.    Defendants ultimately used the concepts to develop *Luck* and have it aired by

25   Defendant Home Box Office, Inc. Given wide access of Defendant Home Box Office, Inc. in

26   the airing of *Luck*, Plaintiff's concepts had significant value.

27       81.    Defendants were aware through by virtue of knowledge on the part of certain

28   Defendants or an unknown Doe Defendant, that the concepts had been mis-appropriated from

29   Plaintiff. Such conduct constitutes unlawful, unfair, or fraudulent business acts or practices in

30   violation of California Business and Professions Code section 17200 et seq.

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

12

1    82.    As a result of Defendants' unlawful, unfair, or fraudulent business acts or

2    practices, Plaintiff has suffered irreparable injury.

3    83.    As a direct and proximate result of the foregoing conduct, Defendants have

4    reaped commissions and other monetary compensation, and credit status for being writer,

5    creator, and producer of *Luck*. Plaintiff is entitled to full disgorgement of all profits obtained by

6    Defendants as a result of their unlawful, unfair, and fraudulent acts as alleged herein.

7    **SEVENTH CAUSE OF ACTION**

8    **NEGLIGENT MISREPRESENTATION**

9    **(AGAINST DEFENDANTS DAVID MILCH AND ANN BLANCHARD, AND DOES 1**

10    **THROUGH 60)**

11    84.    Plaintiff re-alleges and incorporates by reference the allegations set forth above.

12    85.    Defendant Ann Blanchard failed her professional duties and asserted as a

13    material fact that Plaintiff's concepts and scripts were not capable of being developed. This was

14    untrue because Defendant Ann Blanchard did in fact disseminate them and Defendant David

15    Milch teamed with Defendant Home Box Office, Inc. for the development of the substantially

16    similar *Luck*.

17    86.    Defendants had no reasonable grounds to believe that the Works could not be

18    developed, either for financial reasons or otherwise, and in fact knew such to be false, as

19    evidenced by the airing of the substantially similar *Luck* by Defendant Home Box Office, Inc.

20    87.    Plaintiff is informed and believes, and on that basis alleges, that at the time

21    Defendants made such representations that the Works could not proceed with development,

22    either because of financial reasons or otherwise, Defendants did so with the intention to induce

23    Plaintiff to act in reliance on such representations and stop pursuing production of her scripts.

24    88.    Plaintiff's reliance was reasonable based on Defendants' experience and stature

25    in their respective industries.

26    89.    As a result of Defendants' fraudulent conduct alleged above, Defendants sought

27    to gain the advantage of earning substantial compensation and additional notoriety through the

28    production of *Luck*, all at Plaintiff's expense.

29    90.    Plaintiff has no adequate legal remedy for this scheme to defraud Plaintiff in that

30    damages are inadequate to remedy Plaintiff's loss of recognition and notoriety.

13

PLAINTIFF'S COMPLAINT FOR DAMAGES

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

1    91.    In doing the acts alleged above, Defendants acted with reckless disregard and/or

2    malicious intent in such that Plaintiff is entitled to all damages available under California law as

3    well as punitive damages.

4    **EIGHTH CAUSE OF ACTION**

5    **CONSTRUCTIVE FRAUD**

6    **(AGAINST ALL DEFENDANTS)**

7    92.    Plaintiff re-alleges and incorporates by reference the allegations set forth above.

8    93.    Plaintiff approached Defendant Ann Blanchard in an attempt to retain Defendant

9    Ann Blanchard as Plaintiff's agent.  Despite not officially entering into an agent-principal

10   relationship, Plaintiff had a confidential and fiduciary relationship with Defendant Ann

11   Blanchard based on trust and confidence, which derived from Defendant Ann Blanchard's and

12   Plaintiff's professions (agent and writer respectively) plus Plaintiff's submission of her scripts

13   to Defendant Ann Blanchard and Defendant Ann Blanchard's voluntary retention of the Works.

14   94.    Consistent with industry standards and it was mutually understood that

15   Defendant Ann Blanchard must keep the Works and Plaintiffs concepts confidential.

16   95.    Defendant Ann Blanchard breached her duty of confidence by disseminating the

17   Works and disclosing Plaintiff's concepts to others, including but not limited to Defendant

18   David Milch, after Defendants lead Plaintiff to believe the Works were not capable to go

19   forward with development and production, either because of financial reasons or otherwise.

20   96.    Plaintiff reasonably relied on Defendants' discretion and that Defendants would

21   keep Plaintiff's materials confidential based on Defendants' experience and stature in their

22   respective industries, and familiarity with the industry standards to not disclose show ideas or

23   concepts that one has rejected.

24   97.    As a result of Defendants' fraudulent conduct alleged above, Defendants sought

25   to gain the advantage of earning substantial compensation and additional notoriety through the

26   production of *Luck*, all at Plaintiff's expense.

27   98.    Plaintiff has no adequate legal remedy for this scheme to defraud Plaintiff in that

28   damages are inadequate to remedy Plaintiff's loss of recognition and notoriety.

29   99.    In doing the acts alleged above, Defendants acted with reckless disregard and/or

30   malicious intent in such that Plaintiff is entitled to all damages available under California law as

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

14

1  well as punitive damages.

2  ### NINTH CAUSE OF ACTION

3  ### CONVERSION

4  ### (AGAINST ALL DEFENDANTS)

5      100.    Plaintiff re-alleges and incorporates by reference the allegations set forth above.

6      101.    Plaintiff is the legal owner of the Works.

7      102.    When Plaintiff was informed that Defendants rejected the project, Plaintiff had

8  requested the return of her materials, and Defendants were under an obligation to not only

9  return the materials but also to keep the contents of the Works and the concepts confidential. By

10  not returning the Works and then utilizing them in the development of *Luck*, Defendants

11  violated Plaintiff's rights in control of ownership of the Works.

12      103.    By accepting the converted property and then putting forth the substantially

13  similar *Luck*, Defendants partook in the conversion of Plaintiff's property.

14      104.    As a result of Defendants' conduct alleged above, Defendants gained the

15  advantage of earning substantial compensation and additional notoriety.

16      105.    In doing the acts alleged above, Defendants acted with reckless disregard such

17  that Plaintiff is entitled to all damages available under California law as well as punitive

18  damages.

19  ### TENTH CAUSE OF ACTION

20  ### QUANTUM MERUIT

21  ### (AGAINST ALL DEFENDANTS)

22      106.    Plaintiff re-alleges and incorporates by reference the allegations set forth above.

23      107.    Plaintiff asserts this claim for quantum meruit pursuant to California state law.

24  Defendants stole Plaintiff's idea and concepts and failed properly return her scripts and/or keep

25  her ideas and concepts confidential.

26      108.    As a result of Defendants' unauthorized use of Plaintiffs idea and concepts

27  without permission or compensation, Defendants have been unjustly enriched. Based on

28  discovery, additional facts may arise to provide more examples of misappropriation of

29  Plaintiff's ideas.

30      109.    By taking Plaintiff's concepts for a show about the horseracing culture and the

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

15

1   associated mob/mafia/cartel dealings without compensating Plaintiff, Defendants obtained a

2   benefit from Plaintiff through misrepresentation and the taking of an undue advantage. As a

3   direct and proximate result of Defendants' actions, Plaintiff has suffered damages in an amount

4   to be proved at trial.

5        110.   Plaintiff is entitled to all remedies permitted under law including, without

6   limitation, injunctive relief, impoundment, damages, punitive damages, attorneys' fees, taxable

7   costs, pre-judgment interest and post-judgment interest.

8   **ELEVENTH CAUSE OF ACTION**

9   **COPYRIGHT INFRINGEMENT**

10  **(AGAINST ALL DEFENDANTS)**

11       111.   Plaintiff re-alleges and incorporates by reference the allegations set forth above.

12       112.   Plaintiff provided Defendants with substantial creative services in providing

13  them with the Works.  Defendants were in possession of the Works for a sufficient amount of

14  time to reasonably conclude that the ideas, information, and concepts contained within the

15  Works were accessed by Defendants.

16       113.   Plaintiff asserts that, as a direct result of Plaintiff's substantial creative services in

17  authoring the Works and the accessibility to the Works by Defendants, certain copyrightable

18  material exclusively owned by Plaintiff was embodied in the substantially similar *Luck.*

19  Therefore, any exploitation of *Luck* in any manner by the Defendants constitutes an

20  infringement on Plaintiff's copyrights and related vested ownership interests in the Works.

21       114.   Plaintiff is informed and believes, and thereon alleges, that the Defendants have

22  engaged in conduct constituting copyright infringement of Plaintiff's copyrightable materials

23  embodied in the Works

24       115.   Plaintiff asserts that as a direct and proximate result of Defendants' intentional

25  and willful infringement of Plaintiff's copyrights, Plaintiff has sustained substantial damages in

26  an amount according to proof at the time of trial.

27       116.   In doing the acts alleged above, Defendants acted with intentional willfulness

28  and/or malice such that Plaintiff is entitled to all damages available under California law as well

29  as punitive damages.

30  ///

THE STERLING FIRM, APLC.
8650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

16

**TWELTH CAUSE OF ACTION**

**CONSPIRACY TO DEFRAUD**

**(AGAINST ALL DEFENDANTS)**

117.   Plaintiff re-alleges and incorporates by reference the allegations set forth above.

118.   Plaintiff is informed and believes, and thereon alleges, that Defendants entered into agreements with each other and/or Doe Defendants and/or other third parties pursuant to which Defendants have exploited the Works.

119.   Plaintiff is informed and believes, and thereon alleges, Defendants were informed that *Luck* embodies substantial copyrightable material contributed by Plaintiff, Defendants were aware of the fact that any exploitation of *Luck* would constitute an infringement of Plaintiff's copyrightable material, and Defendants had no intention of making any payments in any amount to Plaintiff.

120.   Plaintiff is informed and believes, and thereon alleges, in entering into agreements with each other and/or Doe Defendants and/or other third parties, the Defendants simultaneously entered into unlawful agreements and conspiracies.  In so doing, the Defendants unlawfully agreed and conspired to exploit *Luck* and thereby infringed upon Plaintiff's copyrightable material and agreed to participate in doing such.

121.   Plaintiff alleges that pursuant to such unlawful agreements and conspiracies and in furtherance of the fraudulent scheme to deceive and defraud Plaintiff, Defendants along with each co-conspirators have exploited the substantially similar *Luck* and have illegally and unlawfully infringed upon Plaintiff's copyrightable material embodied in *Luck* and taken from the Works which has been wrongfully converted to the use and benefit of Defendants to the exclusion of Plaintiff.

122.   Plaintiff alleges that Defendants along with each co-conspirators have engaged in such intentional acts and omissions as alleged hereinabove with the specific intent of violating Plaintiff's copyrights in and to Plaintiffs copyrightable material contained in *Luck* and taken from the Works and with the specific intent of furthering the Defendants' fraudulent scheme to deceive and defraud Plaintiff.

123.   Plaintiff alleges all of the intentional acts and omissions by Defendants along with each co-conspirators were committed in furtherance of such unlawful agreements and

THE STERLING FIRM, APLC.
9650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

17

1   conspiracies and as a direct and proximate result of unlawful agreements and conspiracies and

2   the numerous intentional acts and omissions in furtherance of such unlawful agreements and

3   conspiracies, Plaintiff has sustained substantial actual damages according to proof at the time of

4   trial.

5        124.   Plaintiff alleges that as a result of such unlawful agreements and conspiracies

6   and such intentional acts and omissions in furtherance of such unlawful agreements and

7   conspiracies, the Defendants along with each co-conspirators are each responsible and liable for

8   the intentional acts and omissions of each of the remaining Defendants and for the damages

9   sustained by Plaintiff, and as a consequence therefore such Defendants along with each co-

10  conspirators are jointly and severally liable to Plaintiff for such damages sustained by Plaintiff.

11       125.   IN entering into such unlawful agreements and conspiracies and committing the

12  numerous acts and omissions in furtherance of such unlawful agreements and conspiracies,

13  Defendants along with each co-conspirators acted with malice, oppression, and fraud and with

14  the specific intent to deceive and defraud Plaintiff, all of which entitles Plaintiff to an award of

15  punitive and exemplary damages against such Defendants and each co-conspirator in an amount

16  according to proof at the time of trial.

17                                            **DAMAGES**

18       126.   Plaintiff estimates damages to be at least $100 Million based on the fact that the

19  television series *Luck* was aired on a highly accessible and profitable network, Defendant Home

20  Box Office, Inc., generating revenues, commissions and income that Defendants would not be

21  entitled to receive but for the wrongful conduct described herein, despite the eventual

22  circumstances surrounding the production of *Luck*.

23                           **JOINT AND SEVERAL LIABILITY**

24       127.   Defendants are jointly and severally liable for the wrongful conduct described

25  herein.

26                                    **JURY DEMAND**

27       128.   Plaintiff hereby demands a jury trial for all claims so triable.

28  ///

29  ///

30  ///

THE STERLING FIRM, APLC.
9550 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

PLAINTIFF'S COMPLAINT FOR DAMAGES

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully prays that this Court enter judgment against Defendants as follows:

129.    A judgment in favor of Plaintiff;

130.    A judgment for all damages available to Plaintiff under California statutes and the common law;

131.    A judgment awarding reasonable attorney's fees and taxable costs for those claims qualifying for such awards under California law;

132.    A judgment for punitive, exemplary and/or enhanced damages to the extent such damages are permitted under California law; and

133.    All such other relief that this Court deems fair and just and otherwise available under California law.

Respectfully submitted this ____ day of ____, 2014.

**THE STERLING FIRM, APLC.**

By:_____
Justin Sterling, Esq.
Attorney for *Plaintiff*,
Angela VanZandt

THE STERLING FIRM, APLC.
9650 WEST SUNSET BLVD., SUITE 500
WEST HOLLYWOOD, CALIFORNIA 90069
(310) 498-2750

PLAINTIFF'S COMPLAINT FOR DAMAGES

**COPYRIGHTS SCANNED**

**CERTIFICATE OF REGISTRATION**

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu 2-231-429**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

7 31 97

Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

The Pig Trail

PREVIOUS OR ALTERNATIVE TITLES ▼

The Lone Oak

NATURE OF THIS WORK ▼ See instructions

Screenplay for theatrical or video release

**2 a** NAME OF AUTHOR ▼

Angela Ann VanZandt

DATES OF BIRTH AND DEATH
Year Born ▼ 1952  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Screenplay for theatrical or video release - Southern dramatic Comedy

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◄ Year in all cases.
July 1997

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶  Day ▶  Year ▶
ONLY if this work has been published.
◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Angela Ann VanZandt
2805 Millbrook Road
Little Rock, Arkansas 72227

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 31 1997
ONE DEPOSIT RECEIVED
JUL 31 1997
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGIS**

**PAu 2-018-135**

EFFECTIVE DATE OF REGISTRATION

AUG 2 4 1995

| Month | Day | Year |

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

The Lone Oak

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Screenplay for theatrical or video release

**2** **a** NAME OF AUTHOR ▼

Angela Ann VanZandt

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Screenplay for theatrical or video release - southern film -

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

heartwarming comedy

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
May, 1995   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Angela VanZandt
2805 Millbrook Road
Little Rock, Arkansas 72227

APPLICATION RECEIVED
AUG 24 1995
ONE DEPOSIT RECEIVED
AUG 24 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu3-088-474

DEC 29 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

The Olivia Weston Story Part 2

PREVIOUS OR ALTERNATIVE TITLES ▼

The Olivia Weston Story

NATURE OF THIS WORK ▼ See Instructions

Treatment for feature film, screenplay

**2**
**a** NAME OF AUTHOR ▼

Angela VanZandt

DATES OF BIRTH AND DEATH
Year Born ▼ 1962    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
50% Participation in writing, script/story

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Olivia Weston

DATES OF BIRTH AND DEATH
Year Born ▼ 1969    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
50% Participation in writing, script/story

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Angela VanZandt
2805 Millbrook Road
Little Rock, Arkansas 72___

APPLICATION RECEIVED
DEC 29 2006
ONE DEPOSIT RECEIVED
DEC 29 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3–023–043**

EFFECTIVE DATE OF REGISTRATION

MAY   24   2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Hacienda Cartel

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Screenplay of feature film

**2**

**a** NAME OF AUTHOR ▼
Angela Von Zandt

DATES OF BIRTH AND DEATH
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
50% of participation in writing of the script / story

**b** NAME OF AUTHOR ▼
Olivia Weston

DATES OF BIRTH AND DEATH
Year Born ▼ 1969   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of United States
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
50% of participation in writing of script / story

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005   Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month   Day   Year   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Angela Von Zandt
2805 Millbrook Road
Little Rock, Arkansas 72227

APPLICATION RECEIVED
MAR 2 3 2006   5/24/05
ONE DEPOSIT RECEIVED
MAR 2 3 2006   5/24/05
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3-022-456**

EFFECTIVE DATE OF REGISTRATION

2 - 6 - 06
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

*Thoroughbreds*

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

*Teleplay one hour drama*

**2**

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

*Angela VanZandt*

DATES OF BIRTH AND DEATH
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of *United States*
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
*50% participation in writing of the script/story*

**b** NAME OF AUTHOR ▼

*Olivia Weston*

DATES OF BIRTH AND DEATH
Year Born ▼ 1969   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of *United States*
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
*50% Participation in writing of the script/story.*

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
*Angela VanZandt*
*2805 Millbrook Road*
*Little Rock, Arkansas 72227*

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 06 2006
ONE DEPOSIT RECEIVED
FEB 06 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

## CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE

FOR GOOD AND VALUABLE CONSIDERATION, as set forth herein, Angela VanZandt, who resides at _____, and all of those claiming by, through, under, or in concert with her ("VanZandt"), and Home Box Office, Inc. and Stewart Productions, LLC (collectively "HBO"), and all of those claiming by, through, under, or in concert with any of them (each individually a "Party," and collectively the "Parties") hereby enter the following Confidential Settlement Agreement and General Release (the "Agreement").

WHEREAS, HBO is the sole owner to all rights, title and interest in the HBO Original Series "Luck" (the "Series"), and David Milch ("Milch") is the executive producer and writer of the Series.

WHEREAS, VanZandt claims to be the author and sole owner of two scripts:  a feature film entitled "Hacienda Cartel" and a television pilot entitled "Thoroughbreds" (collectively, and including all drafts and versions thereof, the "VanZandt Scripts").

WHEREAS, VanZandt alleges that one copy of each of the VanZandt Scripts was sent to Milch on or about December 16, 2006, and VanZandt further alleges that Milch used material from the VanZandt scripts in the Series and that as a result she is entitled to damages from HBO and Milch, among others, under a number of legal theories including copyright infringement and theft of ideas.

WHEREAS, VanZandt's claims were set forth in a draft complaint accompanying a letter dated June 2, 2012, from The Sterling Firm, counsel to Ms. VanZandt, to Home Box Office, Inc., a copy of which is attached hereto and incorporated by reference (the "Draft Complaint").

WHEREAS, Milch denies he received or reviewed the VanZandt scripts, and Milch and HBO deny each and every one of VanZandt's allegations.

WHEREAS, the Parties desire and hereby agree to fully and finally settle all of their disputes arising out of or related to the Series and/or the VanZandt Scripts, including, without limitation, all of the claims set forth in the Draft Complaint, in accordance with the following terms, covenants, and conditions, without admission of liability and solely to avoid the expense and inconvenience of litigation:

1.   Payment.  As consideration for this Agreement, including but not limited to the releases and licenses contained herein, HBO shall pay to VanZandt the amount of thirteen thousand five-hundred dollars ($13,500).  This sum shall be delivered to Justin Sterling, The Sterling Firm, 8560 West Sunset Boulevard, Suite 500, West Hollywood, California 90069, within thirty (30) days after execution of this Agreement *and* receipt by HBO of an IRS form W-9 from the payee.  This payment shall be made in full and final settlement of all claims arising from or related to the Series and/or the VanZandt Scripts, as set forth herein.  The payment shall be made in the form of a check made payable to:

_____, tax ID number

_____ ("Payee").

2.   No Representation Regarding Tax Consequences.  HBO may issue an IRS Form 1099 to Payee for the amount set forth in Paragraph 1.  VanZandt and Payee understand and agree that HBO makes no promise, representation, or warranty regarding the tax consequences of this Agreement for VanZandt or Payee, or for any other person or entity.  VanZandt agrees to bear full financial responsibility for, and agrees to indemnify and hold HBO harmless from and

against, any tax liability or penalties HBO may incur by reason of the payment set forth in paragraph 1.

     3.    <u>Release</u>.  The Parties agree to a mutual general release of all claims of any nature or kind that have arisen up to and including the date of this Agreement, and VanZandt further agrees to a full release of any claims arising from or relating in any way to the Series and/or the VanZandt Scripts that have arisen or may in the future arise at any time.  More specifically, the Parties agree as follows:

     (a)    <u>Release by VanZandt</u>

     (i)    VanZandt, for herself and on behalf of her present, future, and former heirs, administrators, executors, representatives, predecessors, successors, agents, attorneys, and/or assigns, and all of those claiming by, through, under, or in concert with any of them, fully and unconditionally releases and forever discharges both (*a*) HBO, and its present and former parents, subsidiaries, related corporations (including all entities with a common parent) and business entities, affiliates, partners, joint venturers, predecessors, successors, transferees, licensees, sub-licensees, assigns, vendors, and contractors, and all of each of their present and former agents, employees, officers, directors, shareholders, representatives, insurers, and attorneys and (*b*) Milch, and each of his present, future, and former heirs, administrators, executors, representatives, predecessors, successors, agents, attorneys, and/or assigns, and all of those claiming by, through, under, or in concert with any of them, from any and all claims, demands, actions, causes of action, suits, rights, losses, debts and expenses, including attorneys' fees and costs actually incurred, of any kind or nature whatsoever, whether based on contract, tort, statute, or any other legal or equitable theory of recovery under the laws of any state or the

3

United States, whether known or unknown, suspected or unsuspected, fixed or contingent,

matured or unmatured, arising at any point prior to and including the date of this Agreement.

        (ii)     VanZandt, for herself and on behalf of her present, future, and

former heirs, administrators, executors, representatives, predecessors, successors, agents,

attorneys, and/or assigns, and all of those claiming by, through, under, or in concert with any of

them, fully and unconditionally releases and forever discharges any and all claims, demands,

actions, causes of action, suits, rights, losses, debts and expenses, including attorneys' fees and

costs actually incurred, of any kind or nature whatsoever, whether based on contract, tort, statute,

or any other legal or equitable theory of recovery under the laws of any state or the United

States, whether known or unknown, suspected or unsuspected, fixed or contingent, matured or

unmatured, against any person or entity - including but not limited to those identified in any way

in the Draft Complaint and all of those who had anything to do with or are alleged to have

anything to do with the development, production, or distribution of the Series - for any claims

arising from or relating in any way to the Series and/or the VanZandt Scripts that have arisen or

may in the future arise at any time.

        Those parties released in paragraph 3(a)(i) and 3(a)(ii) shall be referred to

collectively as the "HBO Released Parties".

    (b)    <u>Release by HBO</u>.  HBO, for itself and on behalf of its predecessors, successors,

agents, attorneys, and/or assigns, and all of those claiming by, through, under, or in concert with

any of them, fully and unconditionally releases and forever discharges VanZandt and all of her

present and former agents, employees, related or affiliated corporations and business entities,

partners, joint venturers, representatives, predecessors, successors, transferees, licensees, assigns,

insurers, and attorneys from any and all claims, demands, actions, causes of action, suits, rights,

4

losses, debts, and expenses, including attorneys' fees and costs actually incurred, of any kind or nature whatsoever, whether based on contract, tort, statute, or any other legal or equitable theory of recovery under the laws of any state or the United States, whether known or unknown, suspected or unsuspected, fixed or contingent, matured or unmatured, arising at any point prior to and including the date of this Agreement.

(c)     Waiver of Civil Code § 1542. The Parties understand and expressly agree that this Agreement extends to all claims or appeals of every nature and kind, known or unknown, suspected or unsuspected, past, present, or future, arising from or attributable to any conduct of each other, whether set forth in any document referred to herein or not, and that any and all rights granted to the Parties under Section 1542 of the California Civil Code or any analogous state law or federal law or regulation, are hereby expressly **WAIVED**. Said Section 1542 of the California Civil Code reads as follows:

> A general release does not extend to claims which the creditor does
> not know or suspect to exist in his or her favor at the time of
> executing the release, which if known by him or her must have
> materially affected his or her settlement with the debtor.

4.     License.

(a)     VanZandt represents and warrants that all portions of the VanZandt Scripts are original works of authorship of VanZandt, are not Works for Hire, and do not infringe on the copyright, or other rights, of any third party.  VanZandt represents and warrants that, as of the date she executes this Agreement, she is not aware of any claim that has been asserted by any third-party that the VanZandt Scripts infringe on the rights of anyone.  VanZandt further represents and warrants that she has not previously assigned or transferred, or purported to assign

5

or transfer, any interest in any of the VanZandt Scripts.  In the event that VanZandt has assigned or transferred, or purported to assign or transfer, any interest in the VanZandt Scripts which she has not disclosed, she agrees to indemnify, defend, and hold Harmless the HBO Released Parties from and against any and all claims, demands, actions, causes of action, suits, rights, losses, debts and expenses, including attorneys' fees and costs actually incurred, of any kind or nature whatsoever, for any claims arising from, relating in any way to, or incurred as a result of any such claim, assignment, or transfer.

(b)     In return for the payment specified in paragraph 1 of this Agreement and other consideration set forth herein, VanZandt hereby grants to HBO a fully paid up, irrevocable, non-exclusive worldwide license to any and all rights including copyrights in the VanZandt Scripts, to the fullest extent allowable and for the full term of protection otherwise accorded to VanZandt (including all renewals, extensions, and revivals thereof) for the purpose of reproducing, distributing, performing, displaying, and preparing derivative works in any format or media, whether now known or later devised.  VanZandt also grants HBO the right to sublicense to third parties any of the rights granted to HBO.

5.     <u>Covenant Not to Sue</u>.  VanZandt agrees and covenants that she will not hereafter, individually nor as a representative member of a class, file any grievances, claims, complaints, charges, or lawsuits against any of the HBO Released Parties based on, arising out of, or in any way related to any claim released in paragraph 3.  VanZandt represents that she has not filed any complaints, lawsuits, charges and/or other claims against any of the HBO Released Parties with any court or government agency or entity based on, arising out of, or in any way related to the Series or the VanZandt Scripts, or any acts or events that occurred prior to VanZandt's execution of this Agreement.

6

6.   <u>No Admission of Liability</u>.  Neither the payment hereunder nor anything in this Agreement shall be viewed or construed as an admission of fault or liability by any Party, and this Agreement shall not be construed as an admission of fault or liability by any Party.  No action taken by the Parties, either previously or in connection with the compromise reflected in this Agreement, shall be deemed or construed to be an admission of the truth or falsity of any matter pertaining to any claim, demand, cause of action or as to any fault or liability of any Party herein, or of any other person, in connection with any matter or thing.

7.   <u>The Series</u>.  VanZandt understands and acknowledges that HBO is the sole owner of all rights including copyright to the Series, and that HBO and/or third parties with the permission of HBO may continue to exhibit and/or distribute the Series, make derivative works of the Series, and/or exploit any and all other rights under law as the owner of the Series.  To the extent necessary, VanZandt consents to such distribution and exploitation as part of this Agreement.

8.   <u>VanZandt's Other Work</u>.

(a)   <u>The Pig Trail</u>.  HBO understands and acknowledges that VanZandt is the sole owner in all rights including copyrights in a script written by her entitled "The Pig Trail", registered with the United States Copyright Office on _____, Copyright Number _____ ("Pig Trail"), and that VanZandt may exploit any and all rights under law as the owner of that script.

(b)   VanZandt hereby represents and warrants that she does is not claiming and will not claim that any scripts or other works of hers have been submitted to Milch at any time, directly or indirectly, except for the VanZandt Scripts and Pig Trail.  VanZandt represents, warrants, and agrees that she will not submit nor authorize or permit anyone on her behalf to

7

submit any scripts to Milch or to any representative of Milch, or to any other person or entity

with the knowledge or intention that the script will be submitted, given, or pitched to Milch.

VanZandt agrees to indemnify, defend, and hold harmless HBO and Milch from and against any

and all claims, demands, actions, causes of action, suits, rights, losses, debts and expenses,

including attorneys' fees and costs actually incurred, of any kind or nature whatsoever, for any

claims arising from, relating in any way to, or incurred as a result of any of VanZandt's other

works being submitted, given, or pitched to Milch.

       (c)     VanZandt hereby represents and warrants that she is not claiming and will not

claim that any scripts or other works of hers have been submitted to HBO or any employee or

representative of HBO at any time, directly or indirectly. VanZandt represents, warrants, and

agrees that she will not submit nor authorize or permit anyone on her behalf to submit any scripts

to HBO, or any of HBO's present and former parents, subsidiaries, or related corporations

(including any and all entities with a common parent), or any of their employees, officers,

directors, shareholders, and representatives (collectively the "HBO Parties"), or any other person

or entity with the knowledge or intention that the script will be submitted, given, or pitched to

any of the HBO Parties, or used or considered for any project that may at any time be submitted,

given, or pitched to any of the HBO Parties. VanZandt agrees to indemnify, defend, and hold

harmless the HBO Parties from and against any and all claims, demands, actions, causes of

action, suits, rights, losses, debts and expenses, including attorneys' fees and costs actually

incurred, of any kind or nature whatsoever, for any claims arising from, relating in any way to, or

incurred as a result of any of VanZandt's other works being submitted, given, or pitched to any

of the HBO Parties.

9.    Confidentiality.

(a)    VanZandt agrees that she will keep this Agreement and all of its terms confidential.  Unless compelled by process of law and, in that instance, only after taking the steps set forth in sub-paragraph 9(b), neither VanZandt nor her counsel shall disclose any information concerning the terms or existence of this Agreement to anyone.  It is agreed that it will not be a violation of this Agreement for VanZandt to discuss the existence and terms of this Agreement with her attorneys or tax advisors; however, such attorneys and tax advisors will be equally bound by the confidentiality provisions of this Agreement, and any breach by them of this confidentiality provision shall constitute a breach by VanZandt.

(b)    VanZandt agrees that should she receive any inquiry or service of process seeking any information about, contained in or relating to this Agreement, VanZandt shall provide written notification within five (5) business days, or sooner if necessary to provide adequate time for HBO to seek confidential treatment or protection prior to disclosure, to: Home Box Office, Inc., Attention:  General Counsel, 1100 Avenue of the Americas, New York, New York 10036.  VanZandt agrees to cooperate with HBO with respect to any such inquiries or service of process.

(c)    VanZandt understands and agrees that this paragraph 9 is a material provision and that any breach of this paragraph shall be a material breach of this Agreement.  In the event that VanZandt violates this paragraph of this Agreement, she agrees to pay, as liquidated damages, the sum of Five Thousand Dollars ($5,000.00) for each such breach.  VanZandt agrees that said sum represents a reasonable estimate of the actual damages that would be suffered by HBO as a result of any breach of this paragraph, and is not punitive in any way; and further agrees that the liquidated damages provision contained in this paragraph is fair and reasonable in light of the fact that the actual damages that would be suffered by HBO as a result of any breach of this

9

paragraph by VanZandt would be difficult to ascertain. VanZandt agrees that HBO, in addition to any other rights or remedies that it may have, shall be entitled to equitable and injunctive relief as may be available from any court of competent jurisdiction to restrain VanZandt from any breach or threatened breach of this paragraph.

     10.   <u>Ownership of Claims</u>. VanZandt represents and warrants that she has not assigned or transferred, or purported to have assigned or transferred, to any person, any claim released in paragraph 3 above, or portion thereof or interest therein, and VanZandt agrees to indemnify, defend and hold harmless each and all of the HBO Released Parties against any and all claims based on, arising out of, or in connection with any such transfer or assignment, or purported transfer or assignment, of any such claims or any portion thereof or interest therein.

     11.   <u>Independent Legal Advice and Investigation</u>. Each Party acknowledges representation by counsel throughout all negotiations which preceded the execution of this Agreement and that this Agreement is executed with the consent and on the advice of counsel. Each Party acknowledges that no person or entity, including but not limited to a Party or agent or attorney of any Party, has made any promise, representation, or warranty, express or implied, not contained in this Agreement, to induce the other Party to execute this Agreement. Each Party has read this Agreement, accepts and agrees to the provisions it contains, and hereby executes it voluntarily with full understanding of its consequences. Each Party has made such investigation of the facts pertaining to this Agreement and of all other matters pertaining hereto as that Party deems necessary. This Agreement and the provisions contained herein were the subject of negotiation and shall not be construed or interpreted in favor of or against any Party because that Party drafted or caused his, her, or its legal representatives to draft any of its provisions.

12.     <u>Further Actions</u>.  Each Party agrees to execute or cause their respective counsel to execute any additional documents and take any further action which may reasonably be required to consummate this Agreement or otherwise to fulfill the obligations of the Parties under this Agreement.

13.     <u>Attorneys' Fees</u>.  Each Party is to bear their own costs and attorneys' fees incurred in connection with this Agreement and any additional action required hereunder.  VanZandt specifically acknowledges that tender by HBO of the sum described in Paragraph 1 above satisfies any claim for attorneys' fees, costs, and expenses which VanZandt has or may have in connection with her claims, and VanZandt releases and waives any claim for additional attorneys' fees, costs, and expenses.  The Parties hereby release and waive any claims they have, or may have against each other for attorneys' fees, costs, and expenses, including fees, costs, and expenses incurred to date.

14.     <u>Modification</u>.  No supplement, modification, or amendment to this Agreement shall be binding unless executed in writing by all Parties.  No waiver shall be binding unless executed in writing by the Party making the waiver.  No waiver of any of the provisions of this Agreement shall be deemed, or shall constitute, a waiver of any other provision, whether or not similar, nor shall any waiver constitute a continuing waiver.

15.     <u>Integration</u>.  This Agreement constitutes an integration of the entire understanding and agreement of the Parties with respect to the matters referred to in this Agreement.  Any representation, promise, or condition, whether written or oral, between the Parties with respect to the matters referred to in this Agreement which is not specifically incorporated in this Agreement shall not be binding on any of the Parties and the Parties acknowledge that they have not relied on any representations, promises, or conditions not specifically set forth in this Agreement.  No

11

prior oral or written understanding, covenant, or agreement between the Parties with respect to the matters referred to in this Agreement shall survive the execution of this Agreement. Each Party assumes the risk of any misrepresentation, concealment, or mistake, and if any Party should subsequently discover that any fact relied on in entering into this Agreement was untrue, or that any fact was concealed from her or it, or that any Party's understanding of the facts or law was incorrect, no Party shall be entitled to set aside this Agreement.

16.     Severability. If any provision of this Agreement is held by a Court or tribunal of competent jurisdiction to be invalid, void, or unenforceable for whatever reason, the remaining provisions shall nevertheless continue in full force and effect without being impaired in any manner whatsoever.

17.     Counterparts. This Agreement may be executed in counterparts and, when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original and all counterparts taken together shall constitute one and the same agreement, which shall be binding and effective as to all Parties. Signatures by facsimile and pdf have the same force and effect as original signatures.

**PLEASE READ CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS.**

*Agreed to and accepted by:*

ANGELA VANZANDT

Dated: _____, 2014        _____

HOME BOX OFFICE, INC.

Dated: _____, 2014        By:_____

Its:_____

12

STEWART PRODUCTIONS, LLC

Dated: _____, 2014       By:_____

                                        Its:_____

 

 

      Approved as to form, and the undersigned agree to be bound by the confidentiality provisions herein:

_____
Justin Sterling
The Sterling Firm
8560 West Sunset Boulevard, Suite 500
West Hollywood, California 90069

*Counsel for Angela VanZandt*

13

### TIMELINE AND OUTLINE OF COPYRIGHT INFRINGEMENT OF THOROUGBREDS AND HACIENDA CARTEL BY HBO AND THE LUCK SERIES

**By Angela VanZandt April 23, 2012 – Revised April 26, 2013**
**Angela VanZandt 501-227-4466 home and 501-517-4542  cell**

### COPYRIGHT HISTORY AND LETTER TO TEDDY COLLEY

**August 8, 1995**
The Lone Oak – later The Pig Trail- was first copyrighted at  the WGA West #602664 and later at 2-018-135  on August 24, 1995 the US Library of Congress PAu2-018-135

**May 24, 2005**
Hacienda Cartel written and copyrighted with the US Library of Congress- PaAu3-023-043 5-24-05

**November 20, 2006**
Letter to Teddy Colley in Kentucky and sent script to him that day, and also a treatment, the proposal and emails from Peter Rotondo and Daisy Phipps at National Thoroughbred Racing Association and Laura Botner at Churchill Downs. Teddy is a very big horse guy and personal friends with Olivia – he loved it was behind us 100%.

**December 29, 2006**
The Olivia Weston Story – her life story, which has elements of Thoroughbreds and Hacienda Carter, copyrighted US Library of Congress PAu3-088-474, 12-29-06

**February 3, 2006**
Thoroughbreds Treatment copyrighted US Library of Congress PAu3-022-682 2-3-06

**February 6, 2006**
Thoroughbreds and Thoroughbreds Proposal for Churchill Downs, Breeder's Cup,  and The National Thoroughbred Racing Association written and copyrighted by US Library of Congress. PAu3-022-456 2-6-06

**February 7,2006 – Olivia West (co-writer and co-producer of Thoroughbreds and co-writer of Hacienda Cartel) has in-person meeting with Tim Scott, VP of Churchill Downs concerning the Thoroughbreds project and was well received.**

**February 22, 2006**
Thoroughbreds is registered with WGA West # 1114566.  Interestingly, they failed to send me a renewal notice when it expired 2-22-11.  This does not matter, as it was covered at the US Library of Congress.  I have a suspicion they had a friend there to conveniently forget to send me the reminder letter to renew it at the WGA West.

**March 14, 2006, Olivia Weston  (co-writer and co-producer on Thoroughbreds and co-writer on Hacienda Cartel)  has in-person meeting with Peter Rotondo with the National Thoroughbred Racing Association in NY concerning Thoroughbreds and was well received.**

**March 20, 2006**
Hacienda Cartel is registered at WGA West # 1119742

**2006**
Olivia attended a service at The Church on the Rock in Montgomery, Alabama and talked to the minister, Eddie Mitchell.  972-672-9254.  Either his wife or he or another member of the church is the sister to Ann Blanchard, agent at William Morris in LA.  They promise to get the Hacienda Cartel script to Ann. She read it and loved it.  Olivia has more details on this meeting.

**March 22, 2006**
The Olivia Weston Story is registered at The WGA West – elements of her life in Thoroughbreds and Hacienda Cartel. #1120360

**BASIC THOUGHTS ON THE PIRACY**

The Proposal for the Thoroughbreds Project – the idea – was copyrighted at the US Library of Congress, I think – checking on that.

The Pig Trail is registered with the US Library of Congress – something to note, as one of the players in this story has that script and refused to return it – she is Tina Wilson and slightly knows Evan Bridwell,  the key betrayer.  Both of them will need a cease and desist letter.  Evan Bridwell asked to read all three of these scripts for a possible 3 picture deal – The Pig Trail, Hacienda Cartel, and Thoroughbreds.

Oliver Stone and Steven Seagal have both read Hacienda Cartel and are very aware of that script and the life of Olivia Weston.  Oliver, after reading it, has a film in pre-production called Escobar.

Steven Seagal was sent Thoroughbreds June 15, 2007 after the other meetings happened.

2

Olivia Weston does NOT think Steven nor Oliver would betray her – very good friend with both men – I talked to either Steven or his assistant on the phone - they called me – said Steven loved the script Hacienda Cartel but could not make it right then.

Ron Howard is friends with Brian Grazer – his brother is Gavin Grazer, who is friends with Olivia, and told her his brother said the script was great and the lady who wrote it in Arkansas was very brave. One never knows how deep this network really runs – just a thought.

I am very worried about the safety of all of my work.  I have other ones in danger, but she should concentrate on these.

It would be great if you could help me obtain an agent to keep me safer.  I have had 2 in the past.


Olivia Weston contacted Teddy Colley, a horse expert, for his support, which was granted.  He loved the idea and encouraged us.

Churchill Downs and National Thoroughbred Racing Association and Breeder's Cup contacted about the idea of supporting the Thoroughbreds TV Show by phone and email around January and February of 2006.


Key persons contacted via email and dates and what was said:

The main key conversation was when Olivia called Gary Stevens on the phone and he said; "Yes, fine. Use my name and see what you can do!"  He was then attached.  His wife, Angie, knew nothing of this.

Churchill Downs, the Breeder's Cup, and the National Thoroughbred Racing Association were contacted with very good response.

Olivia Weston went to Churchill Downs to meet with the VP Tim Scott.

Olivia also met with officials in Lexington with the National Thoroughbred Racing Association.

Olivia went to NY and met with the national office of the National Thoroughbred Racing Association and met with  Peter Rotondo to pitch the project.


**TIMELINE OF EVENTS**

**December 18, 2006**

3

3 scripts mailed to Evan Bridwell.
USPS Express Mail to Buck Owens Production Co. - Evan Bridwell - 3223 Sillect
Avenue, Bakersville, CA 93308. Mailed December 18, 2006. # EQ 409691613 US He
bragged he was best friends with the creator of Deadwood, and that guy was looking for a
slate of films. I sent 3 - Hacienda Cartel, Thoroughbreds, and The Pig Trail - of course,
that friend ended up being David Milch - he owns thoroughbred horses, so this is not hard
to figure out how this team of thieves banded together - horse people make a small
community.

**February 2, 2006**
Email sent to Ann Blanchard at William Morris thanking her for her interest in
reading Thoroughbreds. (Ann Blanchard later joined CAA, or Creative Artist
Agency, that represents or has represented the two top producers of LUCK,
David Milch and Michael Mann, as well as Nick Nolte, a main actor in the show,
and others. It is my suspicison she could have possibly done this package under
the table.)

**February 7, 2006**
The script was then sent to Equisponse in NY via her request for Kelly Wietsma
to receive. Sent FEDEX 8540 9233 6414 tracking number.

Hacienda Cartel and Thoroughbreds  and The Pig Trail scripts were sent to Evan
Bridwell in Bakersfield, California via mail – I have the receipt of this. Olivia
Weston is a personal friend of his and spoke to him at great length about these
two projects. I spoke to him once or twice. He said he had a very good friend
who wanted to read them for a 3 picture deal – this person was the Deadwood
guy – it just so happens the Deadwood creator also is the creator for Luck. Evan
Bridwell was bragging that he was friends with this important person who had a
deal with HBO, so yes, he point blank said to send the 3 scripts, which we did. I
have that receipt of that mailing, plus all others – and emails, etc. Deadwood had
connections with horse people, as well. I am very concerned the other two scripts
could be stolen, as well. I need a cease and desist letter for this purpose as
soon as possible.

As I understand it, HBO has sued David Milch for problems on the Luck
production, including the death of 3 horses while filming.


Olivia called Gary Stevens herself, as she knew him through her ex husband who
is a jockey and asked Gary if he wanted to be attached to Thoroughbreds as an
actor – he said; "YES, THROW MY NAME IN THERE AND SEE WHAT
HAPPENS". He also said his wife, Angie, is his manager and would have to read
it and to call Equisponse – manager.
"

Equisponse – Gary Steven's manager – was contacted.  This company is in New York.

**February 7, 2006**
Kelly Weitsma at Equisponse emailed me to tell me to please resend the script, as she could not open it.

Gary Stevens was sent the script.

**February 15 or so – call – February 16, 2006** USPS mail date – receipt on file – tracking number 0302 2940 0000 2031 5809
Gary Stevens was contacted by Olivia and he was very positive about being a part of Thoroughbreds.  I sent it to him at P.O. Box 1537, Sierra Madre, CA 91025 – receipt on file from that.

**February 7, 2006**
Ann Blanchard at William Morris - email about the project and about representation for Angela – turned me down. She read the script and the proposal.

Ann Blanchard at William Morris turns down the project.

The project was then turned down by Churchill Downs, who had shown interest before.

**February 7, 2006**
Email to Kelly Weitsma at Equisponse verifying that she is requesting a read for Gary Stevens.  Phone conversation with her that day.

**February 7, 2006**
Email to Kelly Weitsma at Equisponse sending her the revised proposal for the meeting that afternoon with the meeting with Tim Scott of Churchill Downs by Olivia Weston. 2 emails on this subject.

**February 7, 2006**
Kelly Weitsma at Equisponse is emailed a copy of Thoroughbreds and revised proposals.  2 emails on this, as I sent a PDF the second time of the script.

Also in one of the emails to Kelly on that date I stated that Ann Blanchard of William Morris had stated that I am to call her if I get a green light on the project from Churchill Downs.  I asked her in this email to present it to NBC.

Gary Stevens is a sports commentator for racing on NBC.  I asked her to help me get it in development through them.

Angie Stevens, wife of Gary Stevens, called and did a 180 degree turn – bullying on the phone and threatening and saying she already had an identical project in the works called "The Paddock"  If so, why did they want to read the script? That would be a no-no.  She had this big fit AFTER the meeting with Churchill Downs. Gary called Olivia and said; "I am so sorry!  Angie has gone crazy!"

**Nasty email from Angie Stevens. February 7, 2006**
Hard copy of Thoroughbreds send to Kelly Weitsma at Equisponse via Fed-Ex, tracking number 8540 9233 6414.

**February 15, 2006**
Email to Kelly Weitsma at Equisponse thanking her for reading Thoroughbreds.

**February 15, 2006**
Email to Laura Botner with proposal for Churchill Downs  that she was giving to VP Tim Scott.

**February 21, 2006**
Laura Botner of Churchill Downs emails me and tells me she will see what they can do to help me.  She advised be that if I made progress with the National Thoroughbred Racing Association,  that they have contacts at ABC we could tap into. Very positive email.

When Olivia went for the meeting at Churchill Downs, a secretary told her there that she had overhead that the big wigs liked the project.  They told Olivia at Churchill Downs that if we got Gary Stephens, they would go further with the project.

**February 21, 2006**
Laura Botner of Churchill Downs
I emailed her a very specific email about the bait and switch we endured by Angie Stevens – key email.

Keith Chamblin, Head of The Breeder's Cup, was sent 3 proposals.
Also, Tim Scott, VP of Churchill.

**February 21, 2006**
Email from Laura Botner at Churchill Downs – turned us down then, after Angie and Gary stole it – said they liked it but did not have the money to invest in it.

Churchill Downs called Angie to verify this and she was totally UPSET because Gary had not shared this with her – Gary said she was mad and was throwing things, etc.   Gary said Angie snatched the phone from him during this call.

Angie said to mail the script to them, as they had to READ IT FIRST…then if we like it, we will okay it and move forward with it.

**February 21, 2006**
Angie Stevens emails me and suddenly remembered she had an identical project called The Paddock. Funny she forgot this, don't you think? Funny she would request a like project – from a legal standpoint , this suicide. What an ignorant person she is! KEY EMAIL.  She also said she would send the script back to me. Sweet of her, don't you agree?  2 emails on this date.

**February 21, 2006**
Laura Botner emails me telling he she will see they might be able to do at Churchill Downs – she said most of their contacts are at NBC Sports, so it might not be of any help – she said if we made progress at the National Thoroughbred Racing Association that they have contacts at ABC we could tap into.  She also turned us down that day, saying they could not invest in it at that time.  She wished me my BEST on this project.  I think she liked us.

When the show aired, there were commercials on major networks advertising the show on HBO.

**February 22, 2006**
Email from Angie Stevens saying she is confused – bullied me – said we could not use Gary's name.

**February 22, 2006**
Email from Angie stating she will mail the script back to me. – KEY EMAIL – she suggested I send it to a TV network.

**March 2, 2006**
Email from Daisy Phipps at National Thoroughbred Racing Association requesting the script via email, which I emailed to her.

Second email to her that day was a cut and paste of the script in an email for her convenience to read on her trip to Dubai.

**March 14, 2006**
Email from Daisy Phipps at National Thoroughbred Racing Association that she was on her way to Dubai and would read it later.

Olivia met with Peter Rotondo in person in NY and pitched Thoroughbreds to him at the National Thoroughbred Racing Association.

**April 3, 2006**
Email from Peter Rotondo at National Thoroughbred Racing Association in NY –
turned down.

**April 6, 2006** – Peter Rotondo from the National Thoroughbred Racing
Association in NY emails me to turn down the project financially, but to say to
stay in touch to help us down the road with the track cooperation and access to
their stars.  Very apologetic email.

**June 1, 2007**
Thoroughbreds sent by USPS to Steven Segal Tracking number 0306 1070 0003
8427 5527.

The project was put on hold by Angela and Olivia.

**Sometime towards the end of this segment of time, Olivia talked to Gary
and he apologized all over the place – he told Olivia Churchill Downs had
contacted Angie – she answered their phone at their home when they were
calling Gary to confirm that is was an attachment – she threw the phone
down and yelled at Gary and said he was not doing that project with us.
From that point on, she took it and ran with it.**

**December 11, 2011**
Luck premieres on HBO.

**March, 2012**
Luck is cancelled after being sued by PETA after killing 4 horses during the
filming over a period of time.  The horses were abused and drugged.

**January 2013**
A new law suit is filed in Superior Court in California by the whistleblower on the
horse deaths due to her firing for being a whistleblower.

**Current 2013**
Gary Stevens and Angie Stevens, both on our list of defendants, are in the
process of getting a divorce.

**OUR SCRIPT, OUR BUSINESS PLAN, OUR MEETINGS, OUR CONTACTS,
OUR RESEARCH AND DEVELOPMENT AND OTHER IDEAS WERE
HIJACKED AND USED BY ANGIE STEPHENS, GARY STEPHENS, AND
DAVID MILCH.  IT IS OUR WORK AND INTELLIGENCE THAT CONCEIVED
AND GAVE BIRTH TO THE SHOW LUCK.  WITOUT US, IT WOULD NOT
HAVE BEEN MADE. IT IS OBVIOUS THE PERSON WITH THE VISION AND
PASSION BEHIND IT WAS NOT PART OF IT – THUS IT FAILED.**

8

HACIENDA IS IN DEVELOPMENT NOW.  OLIVER STONE AND STEVEN SEAGAL HAVE READ IT AND LIKE IT – THEY KNOW OLIVIA .

THE PIG TRAIL WAS IN DEVELOPMENT WITH 1066 PRODUCTIONS IN LONDON WITH CHRIS HASTINGS, WHO HAS A FIRST LOOK DEAL WITH LIONSGATE.  TWO OTHER PRODUCERS ARE ALSO SEEKING DEVELOPMENT FUNDS AT THIS TIME.

WE HAVE MAIL RECEIPTS, COPYRIGHT, EMAILS, PLENTY OF PROOF TO BACK THIS UP.

9

ATTORNEY ASSESSMENT CONCISE LIST – HBO CASE – "LUCK"
By Screenwriter Angela VanZandt
AngelaVZ@msn.com
501-227-4466 home
501-517-4542 cell

SUMMARY OF REPORT BELOW:

THEY TOOK THESE MAIN CHARACTERS:
ACE
ESCALANTE
JO
ROSIE
MARCUS
RONNIE/GARY STEVENS (0UR STAR)
CLAIRE/FROM OUR BIZ PLAN – SHE WAS A MAJOR PLAYER – LOTS OF
DIALOGUE, WHICH IS GOOD – THE ENTIRE EPISODE 4 WAS ABOUT HER
HORSE CHARITY FARM
GOAT

THEY USED OUR CARTEL CULTURE OF COCAINE, USING HORSES,
CORRUPTION, EMOTIONAL RELATIONSHIP WITH HORSES, BUZZ WORDS,
REFERENCE TO A CHILD BEING KILLED,  HELICOPTER, MOB KILLING,
IRISH MOB, LINEAGE OF HORSES, POUNDING HOOVES AS SPECIAL
EFFECT, OUR BIZ PLAN WAS WRITTEN INTO THEIR SCRIPT AND
CHARACTERS.  DETAILS AND PROOF BELOW.

(Notes taken from all 9 episodes and from commentaries from the "features" button
on the DVD set – they also provide insight)

CHARACTER LIST FROM LUCK:

These are the strongest ones they took – we can prove the lesser characters later

**ACE/DUSTIN HOFFMAN:** Our FABIO OCHOA SENIOR/HACIENDA CARTEL

**ESCALANTE:** Our JUAN CRUZ/HACIENDA CARTEL  and BOBBY
MONTGOMERY/THOROUGHBREDS and SNIP/THOUROUGBREDS

**JO:** Our VIVIAN JOE/ THOROUGHBREDS AND LUCILLE/HACIENDA CARTEL AND
THE REAL OLIVIA

**MARCUS:** Our ZACK/THOROUGHBREDS

<<<A big Cadillac drives up - ZACK DOZIER, a lean, trim, tough old man of about 90 with
a full head of hair and leathery skin - dressed in Western attire - gets out of the car he is

1

driving.  He takes a few hits off of his portable oxygen tank and throws the tank back in the car and slams the door.  He is quick, yet feeble at the same time.  A few trainers see him coming and push his Lazy Boy recliner out to the edge of the stables, ready for him to flop onto - which he does.  He hops on the Lazy Boy as if he is getting on a horse.  Several trainers and other personnel cheer as they see him coming>>>>

*Note the recliner – that was in Luck a lot.

**ROSIE:** Our VIVIAN JOE/ THOROUGHBREDS AND LUCILLE/HACIENDA CARTEL AND THE REAL OLIVIA  and JET O'BRIEN/THOROUGHBREDS

**RONNIE/GARY STEVENS:** Our GARY STEVENS/THOROGHBREDS

**CLAIRE:** Our biz plan – actually OLIVIA AND ANGELA combined

**GOAT**: Our RED BULL

THEY HAD DIFFERENT WRITERS EVERY WEEK, WHICH MEANS IT WAS VERY DISJOINTED.  HACIENDA CARTEL WAS A FULL LENGTH FEATURE SCRIPT, WHICH MEANS IT HAD A BEGINNING, MIDDLE, AND END – TV SERIES ARE ECPISODIC – THEY HAD OUR PILOT SCRIPT – EVEN OUR STORY WOULD HAVE EVOLVED EACH WEEK – VERY HARD TO SHOW FROM A PILOT WHAT THE WHOLE WOULD EVENTUALLY BE – THAT SHOULD BE NOTED – THE STRUCTURE DIFFERENCES IN THE TWO TYPES OF SCREENPLAYS!

EPISODES COMPARED – **THEY ARE IN BOLD** – WE ARE IN REGULAR FONT:

EPISODE 1:

**Commentary before the first Episode begins – commentary by David Milch and Michael Mann – they discuss in the beginning what the show is about.**

**"Into the lives of people – will come to us as the scene unfolds". COMMENTARY**

**"About relationships".  Personality and spirit taken from our 2 scripts. COMMENTARY**

**"Human Beings reacting – elaborate back story revealed in future episodes". COMMENTARY**

**The "degenerates" group. COMMENTARY** – THIS IS MY WORD – VERY SOUTHERN

**"Special language at the race track.  Based on fear.  The emotion behind it". COMMENTARY**

2

**"There is one thing Ace wants to do when he gets out of prison".** COMMENTARY

**"Dynamics between characters deferred viewer's gratification".**
COMMENTARY

**"Good use of music".** COMMENTARY

**Use of religious imagery with Bug Boy.** COMMENTARY

I DOUBT SERIOUSLY ANY OF THESE MEN HAVE EVER DARKENED THE DOOR OF A
CHURCH.  THEY STOLE THE "SOUL" FROM BOTH OF THE SCRIPTS, BOTH ARE
SPRINKLED WITH RELIGION

Religion – HC

Page 1,Hacienda Cartel: Two older women, SANTERIA PRIESTESSES
Page 15 Hacienda Cartel: ELMIRA
I'm afraid it's a curse, baby.  The same one your mama has.  It's a familiar spirit.

FROM OUR TREATMENT:

The new "Dallas" evening soap/drama, the story revolves around the powerful men,
women, and money that pump the blood through the heart of the thoroughbred
racing industry.  These are the veins that keep this monster of an industry alive.  The
scandals, the lies, and under – the - table dealings which have given the "Sport of
Kings" (horse racing) its title throughout centuries.

The women, so beautiful, sexy, and elegant. They dress as the true Southern ladies
they are; gorgeous dresses, hats, jewels, make-up.  Boots, sleek and rich, perfectly
pressed...not a hair out of place.
Some with cut-throat ambition and others with a heart and concern for all.  No
matter what attitude they carry, all have "class" and an ambition to win.

The men of this industry are consumed with power, money, and sexy ladies of class.
Taking young ladies left and right and turning them into thoroughbred
sophistication is their m.o.  The young women stay with them a while, and as their
hunger grows, they move up the ladder to the more powerful.  Each man must play
the game more furiously each day to stay above water, always becoming stronger.
Any one mistake, any slack in the reins; one loose moment and the next man is
always waiting like a hungry wolf to take the last man's possessions....his horses, his
women, his races.

There are many, many ways to win at this game.  Drugs, "accidents", leg breaks...all
given on purpose when needed. This is not a world for the weak or naïve. Anyone

3

showing the slightest weakness will be consumed and then will be thrown out of their world.  Many men have been murdered and many horses, also.


"Cadence of the horse's hooves"

FROM THE  VERY BEGINNING OF HACIENDA CARTEL – THE OPENING :

FADE IN:
FRAME:
Screen divided into 4 horizontal rectangular frames.  SOUNDS of TROTTING HORSES
INSERT: In frame 2 above as SOUNDS continue.
This story is one of love.  ~Love of power, money, drugs, and the majestic Spanish horse.  A reality so powerful that people and horses are paying with their very lives.  This film is dedicated to the stunningly beautiful and graceful Paso Fino, the pride of Colombia.


Page 17:Hacienda Cartel: CLOSE SHOT:
The horse snorts, breathes heavily, flares his nostrils.  SOUNDS OF POUNDING HOOVES.


EVERYTHING THEY SAID IN THE COMMENTARY CAN BE GLEANED FROM OUR TREATMENT AND PROPOSAL.  THESE MEN DO NOT HAVE THE SPRITUALITY OR HEART TO THINK OF THESE THINGS.  ANYONE WHO WRITES TRASH LIKE DEADWOOD IS LACKING IN SOUL.

My Notes with some commentary notes:

LOCATION: SANTA ANITA – This was mentioned on page 11 of Thoroughbreds script:

VIVIAN JOE
Sam said he was well worth whatever we had to pay…there is quite a bit bit of good press on him at Oaklawn…I even heard about him at Santa Anita and Belmont.

**Santa Anita location** was exactly as I described on page 16 of Thoroughbreds – I think they had a French jockey, too:

Page 16 – Thoroughbreds - An AGENT walks up to the FRENCH JOCKEY.  He is looking at his notebook.
AGENT OF FRENCH JOCKEY
(southern accent)
**They used Irish theme** – we had an Irish family and mob and  a character named Ireland on page 20.

4

**IRISH Girl Jockey  - ROSIE** – WE HAD A LOT IN THOROUGHBREDS ABOUT THE IRISH MAFIA.

**15:07 "Guess I still know a peach when I see one"**

Page 31: Thoroughbreds: JET
KYLE
That's what they all say - I'm a Georgia boy.  I tell you one thang, though - you are the peach!

**38:21 "Who your daddy was" – Gus talks to horse.**
Hacienda Cartel horse them revolved around a lineage of horses – Americano, Dictator

**39:24  This horse's father died – we sense there was a scandal.**

Brutality of horses:  Page 61 Hacienda Cartel: INT. BARN MIAMI -- CONTINUOUS
The owner of the colt and Lucinda walk up to the stall where the COLT is.
The trainer is standing at the stall door with a bull whip.  SOUNDS of chains moving around.
LUCINDA
(crying)
He has his fathers eyes!

murders horse – balls

Page 40: Hacienda Cartel: EXT. MOUNTAINS - CALI - NIGHT - - LATER
The men are in the woods with Affirmente, who is trying to get away from them, jerking his head to and fro.

Relationship with Walter and the horses.

**40:25  Relationship between man and horse understood.**

Learning spirit of horses:  page 102 Hacienda Cartel:

SNIP
I like to get them outside as much as possible.
LUCILLE
You have to learn their spirit.
I can't wait to learn everything!

**40:45 "No colic anymore"  – vet Jo speaks of the horse.**

Colic: Page 101, Hacienda Cartel: INT. BARN AT LOUISIANA DOWNS -- DAY
SNIP
Your apartment is this way.  You'll love being that close to the horses.  You never know when they will get the colic in the middle of the night and you'll have to come runnin'!

**45:11 – "Music extraordinary here". - COMMENTARY**

**45:29 Gary Stevens appears**

**46:07 – "Audience intimate with the race – they with them." COMMENTARY** taken from our proposal.

**49:19 – "Win is religious fulfillment".**  Religion taken from my scripts – they are not Godly men.

**49:55 – "Fulfilled into American dream"  COMMENTARY**

**50:09 Enuthanansia of horse – heartbreaking**

**50:57 "Never not emotional"  COMMENTARY.**  MY WRITING DESCRIBED BY OTHERS

**53:06 – Walter moved by his horse – emotion** – See other scenes described in Hacienda Cartel in this report.

**53:49 Paddock Room sign** – Angie Stevens later said she wrote "The Paddock" in her empty threat to me – not true – she is not writer – she just saw this sign, I guess.

**56:31 "Closeness of characters Gus/Dustin/Ace"  COMMENTARY** – My characters are close....unlike Deadwood mean people.

EPISODE 2:

**10:49 Nothing Mike likes better than stealing someone else's idea** – IN MY FACE HERE.  THEY TOLD US ON SCREEN WHO THEY REALLY ARE AND WHAT THEY DID!

**10:58 – Ace's grandson on cocaine.**

Cocaine;  Page 50 Hacienda Cartel
EXT: CARRAJETAOS RESTAURANT -NIGHT
Cheers to the Paso Fino, and cheers to the Son of Affirmente!
The group make toasts.  They drink whiskey.  The waiter brings in huge slabs of steak on a block of wood with a giant knife.

6

A choice bottle of whiskey is set on the table with glasses and a bucket of ice and a basket of bread.
Cocaine plants and marijuana plants sit all around in pots.  The party starts.

Cocaine – Page 82 Hacienda Cartel:
INT. CAR - SAN JUAN -- LATER
The three men are in a Jeep snorting coke as they go up the mountain.  Javier and Juan are in the back seat.  Javier holds a hit of coke for Juan.
JAVIER
Here, man, try this.
About the time Juan hits the blow, Javier breaks Juan's neck.  Javier and Armondo get out of the Jeep and steer it towards a tree on a cliff at a turn.

**14:53 "Ain't been fooling with those Dale Carnegie courses they got out there" – WALTER says this.** I have a film I made with Dale Carnegie called Zoo Day on You Tube.  They probably checked me out and stole this.

**19:37 MARCUS speaks of insurance fraud – life imitates art – PETA case.**

Killing horses for insurance money:  Page 88 Hacienda Cartel:  AGAIN, ART IMITATES LIFE – YOU CAN BET THE 4 HORSES THAT DIED WERE HEAVILY INSURED BY THE PRODUCTION COMPANY – AGAIN, THE NARCISSISTS ARE TELLING US TO OUR FACE WHAT THEY DID – INUENDO HERE!

Hacienda Cartel:  Page 88 FABIO OCHOA SENIOR
It was for the insurance money, Lucinda.

**37:13 Broke his legs – WALTER**

Broken  horse leg page 31 Hacienda Cartel:

He pushes Mercenary into the face of Dictator.  Dictator bites at Mercenary and screams.
Mercenary attacks going up in the air and coming down on Dictator's neck.
Dictator's leg is broken by the time Mercenary is pulled off.

**37:31 You gotta better chance with Delphi's son – Gary's character RONNIE –** Another reference to linages – strong in Hacienda Cartel – see other part of this report for that proof.

**43:19 Goat and horse are friends**
**Red Bull in HC**

Page 70, Hacienda Cartel: Americano jumps out sideways and starts blowing his nostrils hard.  There is something in the grass.  Lucinda gets down and calms Americano.

7

Lucinda looks in the tall grass and sees a tiny solid red new born little BULL. The bull is almost dead with clouded eyes. Lucinda takes the bull and places him across Americano's back. Lucinda crawls back on Americano and they walk very slowly back to the barn.

Page 71: EXT. PATRICK SANTIAGO'S RANCH -- DAY
Juan Cruz drives up and gets out of his truck. Americano and the red bull are running across the pasture.

CHECK OUT RED BOARD PRODUCTIONS

EPISODE 3:

**CLAIRE is introduced** – a character they created from our biz plan – **she wanted to start the Thoroughbred Retirement Foundation**

**17:10 – Not interested in selling – redneck Southern guy** – Similar to BUCK  and EDDIE WAYNE in Hacienda Cartel

Redneck guy Page 25 Hacienda Cartel EXT. LAKE - RANCH -- NIGHT
A couple of MEN are crouched in the bushes by the lake and watch a HELICOPTER above make a drop of cocaine into the lake, making a splash.
The men begin inching into the water. They each have a flashlight. There is a full moon.
BUCK
Shit, Eddie Wayne, I've done some pretty wild thangs in my life, but this just might take the cake.
EDDIE WAYNE
Hell, Buck. Don't lie. Remember when we stole that stash from those guys in Tunica at the casino?

**20:10 Junk bonds – I had reference to this I think in my treatment.**

**Jo – Girl Vet**

**43:43 RONNIE/GARY snorts cocaine**

Cocaine: Page 54, Hacienda Cartel: WOMAN #3
Only stallions.
WOMAN #2
I should be so fortunate!
More laughter from the women. The band plays on and the partying continues. Some women snort coke.

EPISODE 4:

8

**13:00 Charity scene with CLAIRE – biz plan – horse farms**
OUR COPYRIGHTED BIZ PLAN IS THE ORIGIN OF CLAIRE AS A CHARACTER – THEY
TOOK THIS AND MADE A CHARACTER OF IT AND WROTE IT INTO THEIR SCRIPT:
FADE OUT.
The following 11 minutes:
Series of interviews with cast members introducing themselves and welcoming viewers
to the show.
Special interview with Gary Stevens at Churchill Downs.
Interview with President of the Kentucky Thoroughbred Association.
Footage of horse racing at several of Churchill Downs racetracks and a short
documentary on the newly remodeled Churchill Downs.
A promotional piece for the industry: Viewers are asked to send in postcards to the
show - each week, a winner will be drawn with a prize being a trip for 2 to any one of
the 6 Churchill Downs racetracks. ~There will be a Grand Prize for 2 once a year to the
Kentucky Derby.  Additional Prizes to be awarded to any viewer attending a track in
person - $1,000 per week will be awarded to one attendees in person at any track
listed.  There will be promotions at these tracks with stars of the show appearing in
person.
In time, there will be short interviews with the winners of the trips telling how much
they loved the thoroughbred experience.
Appeals for donations to charities concerning the welfare of horses, battered women,
abused children, and other causes could be made on air and that valuable time could
possibly be written off on taxes by Churchill Downs or the network...both in this
introductory segment and in the body of future episodes.

**19:08 MICHAEL – Jesus Christ of Nazareth – another weak attempt at soul.**

**24:10 The Lord's Prayer – ROSIE –** Again, they added religion because I did.  They
are so unchurched that The Lord's Prayer is the one and only thing they know!  Can't
they think of something less common here?

**29:56 – ROSIE over the finish line –** See comments of Episode 9 – similar to the
ending of Hacienda Cartel

**32:06  More of CLAIRE and charity from out biz plan**

**34:22 MARCUS – "Get our fucking throats cut"**

Colombian necktie Page 52 in Hacienda Cartel:
MULE #3
Do you like his necktie?
MULE #2
What necktie?
MULE #3

This one!
Mule #3 gets out a knife, slits the 4th mule's throat, and pulls his tongue out through the hole, like a necktie. He bleeds profusely and falls to the ground.

**36:49 – JO – vet**

**44.18 GUS/ NICK NOLTE "No mistake this is your son. I cannot stand to lose both of you. Anyways, he's your son! I can barely stand to look at him because it breaks my heart. He runs like you, moves like you. I don't think I could lose 2 of you. I couldn't bear it".** This is a copy of the emotional scenes with horses in Hacienda Cartel like the one with Ochoa as in this report elsewhere. This was a sloppy attempt by a MAN to be soft.

**45:13 – WALTER emotional with horse**

Ochoa talks to horse in barn: Page 90: Hacienda CartelINT. BARN - RANCH IN CALI - - CONTINUOUS
Fabio Ochoa Senior is in the barn speaking to the ranch keeper. A new baby COLT is lying down.
FABIO OCHOA SENIOR
How is our next little champion?
RANCH KEEPER - CALI
Oh, our little son of Americano is ready to follow in his father's footsteps! His little feet are faster than lightning. He has his mother's champion ways, too! He is very persistent, very tenacious. He knows how to focus.
FABIO OCHOA SENIOR

EPISODE 5:

**9:56 JO – vet**

**13:10 MARCUS is sick –** oxygen, like our character ZACK. Cardio Myopathy. See character list at beginning of this report.

**15:35 DOC asks,; "Do you have someone else you can talk to"** Marcus answers, **"A horse".**

**23:53 Talk of CLAIRE again**

**28:16 CLAIRE shows up**

**31:10 ACE gives CLAIRE a check for $367,000.**

**32:15 CLAIRE at track with ACE**

10

**38:06 ACE'S horse wins –** See episode 9 for description of ending of Hacienda Cartel.

**40:50 CLAIRE in entire episode**

**43:35 JOEY getting a divorce – does not want – cries –** Evan Bridwell knows Olivia's real  life story.

**44:33 ACE poignant scene love of horse – COMMENTARY.  Read about Fabio Ochoa in other parts of this report in a similar scene.

EPISODE 6:

**7:39 – ACE orders CLAIRE roses**

**8:39 – JOEY'S WIFE uses the word "piss ant".**

Piss ant – Page 13 Hacienda Cartel INT. KITCHEN IN SMALL KITCHEN IN PETAL -- NIGHT
LOREE
A zillion times is exactly how many times you have humiliated me in this piss-ant town!  Go on back there - go on back to that heifer!  I'll shoot your womanizin' self in just about two minutes if you don't get in your truck!  Go on!  Leave, pencil dick!

**12:33 JO refers to a 12 year old boy killed on the way to school.**

EXT. CAR -- AFTERNOON
The Governor is holding his child and dips into the car as it takes off.  A bit down the street, a GUNMAN shoots the little girl in the face.  The sniper runs behind a building, escaping from sight.

**46:28 CLAIRE at dinner with ACE.**

**47:49 CLAIRE talks about how horses change people – shows heart**. See our biz plan again if you want to see heart!

EPISODE 7:

ENTIRE EPISODE ABOUT THE OUTREACH CHARITY HORSE FARM WITH CLAIRE FROM OUR BIZ PLAN.

**12:50 Check out helicopter.**

Helicopter: Page 30 Hacienda Cartel: EXT. RANCH - MIAMI -- LATER
A party is underway in the barn and on the property.  Rolls Royces, Lamborghinis, helicopters, etc., line the drive.

11

**36:25 Murders the horse – my colt's father – RONNIE/GARY STEVENS and GUS/NICK NOLTE** – Violent scene in Hacienda Cartel:

**41.06 Character killed by mob** – Such as the Colombian necktie scene from Hacienda Cartel described in this report – other violence we can prove.

**49:22 RONNIE/GARY STEVENS – cocaine scene**

EPISODE 8:

**3:45 JO mentions goat in hospital**

**8:49 Goat again.**

**21:18 Jo almost loses baby.**

EPISODE 9

**2:113 Reads newspaper about horse from IRELAND** – We have Irish characters in Thoroughbreds  - From Treatment:
<<<<The Keeneland Sale is about to start.  We see the Irishman, MICK.  The Keeneland Sale is the biggest, most expensive sale of the year.

The Irishman has a brother, PATRICK, who owns a ranch in Kentucky.  They have heavy Irish accents...the ranch has several Irishmen working there – they are actually a part of the Irish Mafia. The ranch has 1000 acres and a helicopter pad....there are about 4 houses on the ranch – one belonging to an Irish sister, KATIE...powerful, smart, strong.  She is friends with WANDA, 35, who was once married to Patrick....they have a child, a girl named JENNY LYNN, 7.  Wanda does not have custody of her little girl, because the judge is crooked and was paid to give the custody to Patrick.  In upcoming episodes, we see the heartache she endures for not having her child.  Wanda is a Southern girl from South Carolina – from a poor family. She is owned by the Irish mob, in a sense.  They are torturing her with the custody situation because she left Patrick – something that was an embarrassment for him. He is making her pay – and pay dearly – for the rest of her life. >>>>>

**3:34 ESCALADE mentions GOAT again.**
**JUAN CRUZ**
**Amazing.  That bull and that horse together!**

**18:36 CLAIRE again**

**29:26 – MUSIC – "Can you hear the thunder?'**

12

FROM OUR TREATMENT:
Horses gallop – thundering – across the screen.

**32:30 "Horses 3 years old, ours is 5."  This was mentioned in ours .**

**32:51 "Terrific breeding"**

**40:30 The GOAT is gone**

**43:33 – "Win a horse – come out and see it" – ACE –** from our biz plan in this report.

**51:05 – POUNDING SOUNDS – COMMENTARY.**  See other part of this report about the pounding sounds.

**53:28 MUSIC – "I've been wrongly accused" –** Freudian slip for our benefit and their kicks – narcissists – criminal minds think this way and enjoy inflicting pain on others and using others to their advantage, and will often tell you who they are – in your face obvious or as an innuendo.  This music for a time such as this law suit – they knew this was coming.

**54:55 The evil eye – melochial –** Shades of the mystical religion of Santeria in Hacienda Cartel.  This is actually Muslim.

**55:41 – ACE wins**

OURS IS THRILLING, TOO – RESOLUTION HERE:

ENDING Hacienda Cartel: Page 107: INSERT:
Miami, World Cup Paso Fino Championship
CUT TO:
EXT. ARENA IN MIAMI - WORLD CUP -- DAY

The ANNOUNCER starts to announce the winner.
ANNOUNCER MIAMI
And the winner of the World Cup Paso Fino Championship, the finest of the finest, the fastest and the best is the son of Americano and grandson of Dictator - Justiciar! Owned by Lucinda C.!
Lucinda screams and cries and tears run down her face.  She jumps up and down. The light from the sun bounces off her hair and her blue eyes.  She looks ethereal. She is smiling and looks up towards the sky.
LUCILLE
(whispering to herself)
Elmira!
FADE OUT.

13

**56:33 Trophy scene**

trophy scene – Page 54 Hacienda Cartel: CLOSE SHOT:
T.V screen.  A SPORTSCASTER is standing in front of the Venezuelan nationals, reporting.
SPORTSCASTER
Reporting live from Caracas.  The President and the Vice President were here today, along with soap opera stars, famous sports figures, and other celebrities.  Julio Eglesias sang the national anthem.  The winner of this year's competition is Mercenary of Venezuela!  He will compete in the World Cup competition coming soon.
CLOSE UP of the winning HORSE, along with owners Armondo and Javier waving to the crowd.

**58:24 ESCALADE  calls them "cockroaches" – says this to WALTER/NICK NOLTE**

Cockroaches

Page 84 Hacienda Cartel LUCINDA
ELMIRA
I do feel a cockroach spirit around you, the spirit of death.  But not to worry, you'll be delivered.

**58:45 MUSIC – "Money for Nothing"** – same as music above - Freudian slip for our benefit and their kicks – narcissists – criminal minds think this way and enjoy inflicting pain on others and using others to their advantage, and will often tell you who they are – in your face obvious or as an innuendo.  This music for a time such as this law suit – they knew this was coming.

**59:09 $$$$ bills in bed –** cartel behavior – like something we would see at Excobar's ranch as desctibed in Hacienda Cartel.

**1:01 JO loses baby –** Evan Bridwell knows Olivia's life story and how she lost her daughter and the story behind the story.

**1:02 Goat again in scene with WALTER/NICK NOLTE – goat walks in front of**

Page 71: Hacienda Cartel: When Lucinda reaches the arena, she gets up on Americano and starts to ride around the arena.  Juan Cruz watches all.  Lucinda stops riding and talks to Juan Cruz.
JUAN CRUZ
Amazing.  That bull and that horse together!

**1:03 ACE says – "I wasn't to you what I could have been" to his grandson –** Ashley reference. – story behind the story that Evan knew.

**1:05 GUS: Goat goes by this guy's stall.**

FEATURES COMMENTARIES – Episodes 1,2,3

Invitation to the Set:

**"it's not about horses, it is about humans"** I said this in my biz plan and treatment.

**"Rich characters and story tracks"  My style, not his!**

A Day at the Races:

**6:38 A "closed world"**  Describes the life at the track as we did.

**7:01 "Your life can change".  Life at the track.**

**.20 Submersion into that total world – Michael Mann** We did this.

**.39 Microcosm of good and evil – CLAIRE actress.** Describes Hacienda Cartel perfectly, and Thoroughbreds

**.57 Thin line between legitimate and illegitimate – DUSTIN HOFFMAN –** Another Freudian slip if he had a clue that this script was stolen – I think it is obvious.

**1:24 – Interesting culture – JO actress**

**1:38 Track has rich beauty – DAVID MILCH**

**2:21 All levels of humanity – NICK NOLTE**  Describes my writing by experts.

**2:51 Attracts the worst in us – NICK NOLTE**  Hollywood personified.

**3:27 – Roller coaster – in for a ride – DAVID MILCH** Hacienda Cartel does this to the veiwer

DISC 2 FEATURES 4,5,6

The only commentary was for Episode 4 – by DUSTIN HOFFMAN

**13:35 – DUSTIN – "They researched the charity horses and prison programs"** This means they did not know anything about it and got the idea from our biz plan and then had to research.

15

**15:26 – DUSTIN – "We wrote the characters as we went along ".** They took our idea and spun off from that – NOT AN ORIGINAL SCRIPT – David Milch wrote the first episode from our idea and they spun off from that – but no talent. New writers every week who did not feel the story inside of them.  No soul.

**17:30 – DUSTIN – We met every 2-4 weeks to see what David had written.**  All they had was a pilot and then they were lost.

**27:55 DUSTIN – "David Milch wanted to celebrate the animal.  God's gift.  He wanted ACE to give away horses – shame he did not get to do that".**  Another rip-of from the biz plan.  You will see we were going to give away prizes at the track to lure in vistors.

COPYRIGHTED BIZ PLAN – THIS APPEARS AT END OF SCRIPT SENT TO U.S. COPYRIGHT OFFICE
FADE OUT.
The following 11 minutes:
Series of interviews with cast members introducing themselves and welcoming viewers to the show.
Special interview with Gary Stevens at Churchill Downs.
Interview with President of the Kentucky Thoroughbred Association.
Footage of horse racing at several of Churchill Downs racetracks and a short documentary on the newly remodeled Churchill Downs.
A promotional piece for the industry: Viewers are asked to send in postcards to the show - each week, a winner will be drawn with a prize being a trip for 2 to any one of the 6 Churchill Downs racetracks. ~There will be a Grand Prize for 2 once a year to the Kentucky Derby.  Additional Prizes to be awarded to any viewer attending a track in person - $1,000 per week will be awarded to one attendees in person at any track listed.  There will be promotions at these tracks with stars of the show appearing in person.
In time, there will be short interviews with the winners of the trips telling how much they loved the thoroughbred experience.
Appeals for donations to charities concerning the welfare of horses, battered women, abused children, and other causes could be made on air and that valuable time could possibly be written off on taxes by Churchill Downs or the network...both in this introductory segment and in the body of future episodes.

**29:58 – DUSTIN – People don't go to the track anymore.**  David Milch said that to Dustin and he quoted him.

FROM OUR PROPOSAL:  We have written a one - hour drama for prime time television entitled "Thoroughbreds", "The Sport of Kings". The script was written in the genre of "Dallas" in order to help promote the thoroughbred racing industry.  Our intention, after much research and life

experience, is to increase attendance at the track – attendance that has decreased due to online betting. We wish to restore the splendor of the track of days past.

**41:05 David Miltch wanted everyone to come from FILM.** (That is because Hacienda was a film script !)

**42.33 DUSTIN said David Milch's words are poetic with rhythym –** my writing exactly described here, ask the pros who have commented on my writing.  I do not think David Milch and his DEADWOOD trash writing would be described as such.

**46:15 DUSTIN – Not often do we have writers on this level – speaking of David Milch** Thank you very much, Mr. Hoffman.  I consider that a compliment coming from you….thoughts by Angela

**47:44 DUSTIN – Back story to come out later.** This means they were going to take more of Hacienda Cartel.

**CHARACTER MICHAEL IN LUCK LIVED ON A YACHT – MANY SCENES FILMED ON A YACHT**
YACHT SCENE IN HACIENDA CARTEL:

Page 65:

EXT. JUAN CRUZ YACHT - MIAMI -- NIGHT
Lucinda and Juan Cruz are walking hand in hand up the boardwalk to his yacht.  They are dressed in semiformal attire.  There is a full moon.  He takes her wrap off her shoulders and pushes back her hair.

Olivia's life story is copyrighted, as well as the story behind the story.

The treatment was also copyrighted.

The biz plan was copyrighted.

THERE WAS VERY LITTLE PLOT TO THEIR STORY, ACTUALLY.

**OLIVIA WESTON'S ASSESSMENT BELOW – PLEASE NOTE THERE ARE GRAMMATICAL AND FORMATTING ERRORS – ANGELA VANZANDT IS THE SCREENWRITER – OLIVIA AND ANGELA BOTH CONRIBUTED TO STORY, BUT SCRIPT AND DIALOGUE WERE BY WRITER ANGELA VANZANDT – OLIVIA SEND THIS ASSESSMENT TO ANGELA – THIS IS A DIRECT CUT AND PASTE FROM HER EMAIL TO ANGELA CONCERNING HER VIEWS ON WHAT WAS TAKEN:**

17

The first things i`ve noticed right off are a couple of names,they had exchanged horse names with people and vice-verse as
follows: #1 From "LUCK": "ACE"being main human characters name. / "THOROUGHBREDS" "AC" being main horse characters name.

  #2 From "LUCK": "IRISH" being main horse characters name. / "THOROUGHBREDS" "IRELAND" being girl jockey`s daughters name.

A few details about myself of importance: I was married to jockey close friend to Gary Stevens and we all lived with in a mile of Santa Anita
         where I worked as a jockey`s agent also at Santa Anita race track(where LUCK was made).
         "THOROUGHBREDS" was written after my divorce from jockey while at home in Alabama recovering (note:marriage to jockey was years after my divorce from spanish trainer.)

  #3 From "LUCK": the horse trainer the show follows is spanish with mean attitude whom had grown up in poverty around horse barns
    he had worked his way up from bottom(selling carrots & cleaning stalls) of his horse industry to top trainer.
  In "HACIENDA CARTEL" the same happens with our character Juan Cruz exactly(which is my  first exhusbanb in reality)

  #4 From "LUCK" there is a girl jockey(which is very rare by it self)who starts out as exercise jockey only in & is irish.
    In "THOROUGHBREDS" there is a girl jockey same age who`s daughter,last name & family are all irish"Jet O`Brian".

  #5 From "LUCK" girl jockey rides for & is friends with old man owner/trainer(this whole cenario is unique)he gives her chance with his best horse
    In "THOROUGHBREDS" girl jockey has close relationship with oldman trainer/owner
    In "HACIENDA CARTEL" girl rider has friendship with oldman owner who gives girl chance with his best horse
      Girl Jockey makes statement of having"A DERBY HORSE"in "LUCK" & "THOROUGHBREDS"

  #6 From "LUCK" cajun jockey from Mississipi/Louisiana
    In "HACIENDA CARTEL" cajun jockey from Mississipi/Louisiana
  #7From "LUCK" there is a cafe directly in front of racetrack where everyone goes for breakfast & to watch morning workouts
    In "THOROUGHBREDS" we have exact description of same cafe people go to for breakfast/watching morning workouts
  #8 From "LUCK" oldmans horses sire had been murdered for

multimillion dollar insurance pay off
     In "HACIENDA CARTEL" oldmans horses sire murdered for multimillion dollar pay off
     in "LUCK" oldman has yelling/crying scenes over murdered horse for insurance money
     in "HACIENDA CARTEL" girl has yelling/crying scenes over murdered horse for insurance money
    #9 From "LUCK" Dustin Hoffmen character strategices to purchase Santa Anita race track
     In "THOROUGHBREDS" our Rashid/Muhommad character strategices to purchase OakLawn race track
    #10 From "LUCK" man at track all the time has constant need for oxygen tank which he has available at all times
     In "THOROUGHBREDS" man at track all the time has constant need for oxygen tank which he has available at all times
    #11 From "LUCK" original owner of main horse character is constantly schemeing to get the horse back under his ownership
     In "THOROUGHBREDS" original owner of main horse character is constantly scheming to get horse back under his ownership
    #12 From "LUCK" there are four friends whom are always hanging around,they go everywhere together & one of the four is a very goodlooking talented handicapper(all men)
     In "THOROUGHBREDS"
...............................................................................................................................
..............................................................................(all women)
    #13 From "LUCK" son of stallion murdered for insurance money becomes champion
     In "HACIENDA CARTEL"
...............................................................................
    #14 From "LUCK" girlfriend of spanish horse trainer has miscariage
     In "HACIENDA CARTEL" ......................................................
    #15 From "LUCK" lady has charity retirement facility for race horses so they dont go to slaughter
     In "THOROUGHBREDS" strategic business plan we wanted to create a charity retirement facilitiy for race horses to spare them from slaughter
    #16 From "LUCK" jockey Gary Stevens portrays the most talented jockey & previous Derby winner
    #17 In "THOROUGHBREDS" .............................................................................
.................
    also in our "THOROUGHBREDS" pg.18 script Javier(Gary Stevens) the jockey is asked"are we losing you to Hollywood?"thats

because I wrote that part for Gary as he was
                    at that time,which was semi retired from racing because he
had recently done the movie "Seabiscuit" & he was looking to become full
time actor/t.v. personality.
                    #18 "From "LUCK" two main horse characters are #1 rich blood
bay solid(meaning no white markings)16.3hands tall(this is taller than
majority of racehorses)you can tell a horse of
                                                    this height by
comparing him to others he stands near,he is a bit taller than most. blood
bay is a very dark horse almost black
                                                but will have
shades of brown around flanks & other areas of body & face.
                                        THIS IS OUR MAIN
HORSE CHARAECTER FROM "THOROUGHBREDS" "A C" is his name
in script
                                        #2 firey furry red
all over.
                                        THIS IS THE
MAIN HORSE CHARACTER FROM "HACIENDA
CARTEL" "AMERICANO"is his name in script
In closing I would like to understand one crucial point; IF David Milch
INDEED wrote and created "LUCK" from his past knowledge of horse
racing THEN WHY DID HE WAIT UNTIL HE HAD RECIEVED OUR
"THOROUGHBREDS" & "HACIENDA CARTEL" SCRIPTS to go into
production? Why did he wait till six months after he recieved our scripts to
create "LUCK"???
That is the million dollar question at hand!

thank you very much for your time and interest in the theft of our scripts.
Sincerely,
Olivia Weston legally
a.k.a (Julie Castro)

COPYRIGHTED BIZ PLAN – THIS APPEARS AT END OF SCRIPT SENT TO
U.S. COPYRIGHT OFFICE
FADE OUT.
The following 11 minutes:
Series of interviews with cast members introducing themselves and
welcoming viewers to the show.
Special interview with Gary Stevens at Churchill Downs.
Interview with President of the Kentucky Thoroughbred Association.
Footage of horse racing at several of Churchill Downs racetracks and a
short documentary on the newly remodeled Churchill Downs.
A promotional piece for the industry: Viewers are asked to send in
postcards to the show - each week, a winner will be drawn with a prize
being a trip for 2 to any one of the 6 Churchill Downs racetracks.
~There will be a Grand Prize for 2 once a year to the Kentucky
Derby.  Additional Prizes to be awarded to any viewer attending a
track in person - $1,000 per week will be awarded to one attendees in
person at any track listed.  There will be promotions at these tracks
with stars of the show appearing in person.
In time, there will be short interviews with the winners of the trips
telling how much they loved the thoroughbred experience.
Appeals for donations to charities concerning the welfare of horses,
battered women, abused children, and other causes could be made on
air and that valuable time could possibly be written off on taxes by
Churchill Downs or the network...both in this introductory segment
and in the body of future episodes.

# NARRATIVE – HIGH PROFILE IP CASE – VanZANDT – LUCK SERIES

I have a very high profile IP or Fraud case against a major tv network, a prominent producer in LA, an agent in LA, and a famous star and his wife.

I created, produced, and wrote a show that ended up on tv after I did all of the development work.  My star and my sponsors (in-person meetings with them) ended up on the defendant's show.  My whole project was stolen from me.

I have emails, meetings, mailings, etc. to support my claims.

Many attorneys have said I have a case of merit.  I had an attorney in Dallas but lost him because he closed his office.  I need a new one.

I have composed an 8 page timeline and 23 page assessment for your review.  I can also forward about 40 emails from the defendants to prove how they did this.

I have 9 scripts, all in development somewhere in the world.  I am working with a famous producer in India – Vivek Singhania, on two projects, with Jessica Russell of Zinkler Films in LA (Wisegirls/Mira Sorvino and Mariah Carey) and with Bill Volland of Volland Productions.  I have come very close to having a feature, and have lost funding twice.  I do not want to miss it by a thread, and certainly do not want someone else to take credit for my work.

1

Here is the story in narrative fashion, taken from the Timeline:

NARRATIVE:
I started writing 19 years ago while working in sales for a movie distributor.  I wrote my first script, The Pig Trail, then.  It has been funded and we lost the funding.  It is more or less my life story.  I need a cease and desist letter for that one- as it was sent to David Milch via Evan Bridwell along with Thoroughbreds and Hacienda Cartel, which were combined to make LUCK – stolen.  Hacienda Cartel needs a cease and desist letter, too.

I met Olivia Weston in December of 2004 when the film commissioner of Arkansas, Joe Glass, introduced me to her, telling me she had a great life story.  She did, indeed.  I agreed to write a script for her in hopes of helping her get her child back and out of danger.  That script was Hacienda Cartel, copyrighted in 2005.

In 2006, Olivia and I decided to write a tv pilot called Thoroughbreds.  She would write out a treatment and I wrote the scripts from that – I wrote the screenplays – dialogue, structure, etc.  She gave me the basic story and I developed it.

Olivia is a horse breeder and knows people in that world.  We sent letters and the script to Teddy Colley in Kentucky – important man in the industry – and the proposal, treatment, and emails to Peter Rotondo and Daisy Phipps at the National Thoroughbred Racing Association in NY and to Laura Botner at Churchill Downs.   Teddy was behind us 100%.

In 2006 I copyrighted Olivia's life story, which has elements in Thoroughbreds and in Hacienda Cartel.  Olivia was married to a horrible man in a very dangerous group.  She left him and he managed to keep their child, who is being tortured to this day.

2

The Thoroughbreds treatment was copyrighted, and a soon after that the script.  Also during that time the Thoroughbreds Proposal for Churchill Downs, Breeder's Cup, and the National Thoroughbred Racing Association were written and copyrighted.

Olivia attended a church meeting in Montgomery, Alabama and met a minister, Eddie Mitchell, who had access to Ann Blanchard - an agent with William Morris in LA.  They got the Hacienda Cartel script to Ann. She read it and loved it.

Oliver Stone and Steven Seagal  and Gavin Grazer also read Hacienda Cartel and loved it.

Olivia contacted Teddy Colley for his support on Thoroughbreds – he encourages us.  Churchill Downs and the National Thoroughbred Racing Association and Breeder's Cup were contacted about the idea of the tv show, Thoroughbreds, by phone and by email – later in person.

Olivia knows Gary Stevens, the jockey, and called him on the phone and asked to attach him as a star – he said "Hell, yes – use my name – if you get funded I will do it".  His wife and manager, Angie, knew nothing of this – not yet.  He said to send the script to her at Equisponse in NY, as she is his manager, too. They are now getting a divorce, which should work well in this case.

Churchill Downs (Tim Scott) , the Breeder's Cup, (Keith Chamblin) and the National Thoroughbred Racing Association (Peter Rotondo and Daisy Phipps)  were contacted with a very positive response.  Daisy read the script on her way to Dubai and was very positive towards us.   Peter later said to stay in touch and he would offer tracks and access to their stars if we got funded after

3

turning us down for financial reasons.

During this time Olivia also went in PERSON to Chruchill Downs to meet with VP Tim Scott and other officials in Lexington with the National Thoroughbred Racing Association and then drove to NY to meet with that organization at their main office there – she pitched the project to Peter Rotondo.

In December, 2006 Olivia spoke with Evan Bridwell of Bakersfield, CA, a radio celebrity with the Buck Owens group – he said his best friend, creator of Deadwood, was looking for a slate of films and to tell me – Angela – to send 3 of my best scripts.  He bragged this friend had a deal with HBO. I sent The Pig Trail, Thoroughbreds, and Hacienda Cartel to Evan, who gave them to David Milch.  David Milch owns horses himself and is in with the people at Santa Anita.

An email was sent to Ann Blanchard at William Morris thanking her for her interest in reading Thoroughbreds.  She later joined CAA, which did the casting for LUCK.  I feel she is the one who did the deal under the table.  David Milch and Nick Nolte – both in LUCK, are with CAA.

Laura Botner at Chruchill Downs was very positive about the project and advised me that if I made progress with the National Thoroughbred Racing Association, that they would have contacts at ABC we could tap into.  Very positive email from her...

The Thoroughbreds script was sent to Equisponse in NY to Kelly Wietsma via FedEx.  Gary Stevens was sent the script.  Gary was very positive to Olivia about being a part of it – loved the script.

4

Kelly Weitsma knew of the meeting Feb. 7, 2006 with Churchill Downs and was sent a revised proposal concerning the meeting with Tim Scott. The secretary gave Olivia thumbs up and indicated they were crazy about our project and if we got Gary Stevens attached, we were in. Kelly read the script and proposal. It was stated in an email to Kelly on that date that Ann Blanchard had stated that I am to call her if I get a green light on the project from Churchill Downs. I asked her in this email to present it to NBC. Gary Stevens is a sports commentator for NBC for thoroughbred racing. I aksed her to help me get it in development through them.

Angie Stevens, wife of Gary Stevens, called and did a 180 degree turn – bullying on the phone and by email saying she had written one just like it called The Paddock – any professional would have NEVER read mine if that were true. Gary called Olivia and said his wife had a huge fit after hearing about our meeting, as she wanted to be the one doing a show – not Olivia – she never wrote a script – but did not want her husband around Olivia! Gary apologized to Olivia and said Angie had gone crazy and had slammed the phone down – he could not control her. He admitted it was stolen, but we did not understand that at the time what the apology was all about.

Ann Blanchard at William Morris read the script and turned it down.

Suddenly, Churchill Downs, who had loved it before, went cold.

Angie sent me a very nasty email after requesting to read the script. Angie said she would send the script back and told me to go to a tv network. I informed Laura Botner about the bait and

5

switch endured by Angie.  She wrote me they turned me down because they did not have the money to invest in it – but they ended up being sponsors on LUCK, along with NTRA, and Gary Stevens was their star.

We sent Thoroughbreds to Steven Seagal in 2007, then the project was put on hold.  During that time, Olivia runs into Gary Stevens and he apologizes all over the place – said Churchill had contacted Angie to confirm Gary was attached and she went ballistic at that point and decided to ruin it for us.

LUCK premiered in Dec. of 2011 – this was the first we knew that they actually did steal it.  Gary Stevens was the star.  The Breeder's Cup/Churchill Downs and the NTRA (I think) were sponsors – all my development work and writing, as well!

LUCK is cancelled by PETA after killing 4 horses.

In 2013, a new case was filed in Superior Court in California by the whistleblower on the PETA case.

You can decide if you think HBO should be a plaintiff or not, as they did not know me – the other defendants in this case certainly conspired – put their name on my work and are very guilty.  HBO would be guilty of not doing their due diligence.  I am sure they have insurance for such cases, and would not want this in the news, since the PETA case was embarrassing for them.  The other defendants have plenty of money.

I would like for an attorney to at least call HBO and discuss this and see what happens.  Maybe they would settle out of court to keep it quiet.  They are in the dark at this point.  I at least need a cease and desist letter for The Pig Trail, as it is in development

now.  I also need that letter for Hacienda Cartel – these letters would be for David Milch, Ann Blanchard, Angie Stevens, and Gary Stevens.

It would be okay to sue just one or two if you want to keep costs down and then sue the others if we win.

This sort of thing is hurting our culture and is running off good writers from the entire industry.  This is why we have so few good films.

Please help me.  I have worked too hard for too long for this to happen.  It is just wrong.

Thank you.

Angela VanZandt
501-227-4466 home
501-951-5165 cell