IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA ANN VanZANDT                                                                                 PLAINTIFF

V.                              CASE NO.: 4:14CV00653 JM-BD

HBO, et al.                                                                                                   DEFENDANT

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.   Any party to this suit may file written objections with the Clerk of Court within fourteen (14) days of filing of the Recommendation.  Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

By not objecting, any right to appeal questions of fact may be jeopardized.  And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

On November 5, 2014, Plaintiff Angela Ann VanZandt filed this lawsuit against HBO, Churchill Downs, National Thoroughbred Racing Association, Equisponse, David Milch, Gary Stevens, Angie Stevens, Ann Blanchard, Kelly Wietsma, and John Does. (Docket entry #2)  In an order dated March 19, 2015, the Court advised Ms. VanZandt

that under Federal Rule of Civil Procedure 4, she had 120 days within which to serve a summons and a copy of her complaint on each Defendant and that she had failed to do so within the time set forth under the rule. (#17) The Court granted Ms. VanZandt an additional 90 days, until June 15, 2015, to serve the Defendants. (#17) The Clerk prepared and sent summonses to Ms. VanZandt.

At this time, it does not appear that any of the Defendants have been served, and the time allowed for service of process under Federal Rule of Civil Procedure 4(m), even with the extension granted by the Court, has expired.

The Court notified Ms. VanZandt of her responsibility to monitor the progress of her case and to timely respond to court orders directing action on her part. (#17) The Court cautioned Ms. VanZandt that any failure to timely respond could result in dismissal of her case, without prejudice. (#17)

### III. Conclusion

The Court recommends that Ms. VanZandt's case be dismissed, without prejudice, for lack of timely service on the Defendants.

DATED this 13th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE