# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANGELA ANN VanZANDT**                                            **PLAINTIFF**

V.                **CASE NO.: 4:14CV00653 JM**

**HBO, et al.**                                                       **DEFENDANT**

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition, and the parties have not objected to the Recommendation. Ms. VanZandt did write a letter to the Court requesting that she be given more time to obtain service on Defendants (Docket No. 19). However, as noted in the Recommended Disposition, the time allowed for service of process, even with one extension already granted, has run. Her untimely request for additional time to obtain service is denied. The Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Angela Ann VanZandt's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 31st day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE